

At the Commercial Division, Part ___ of the
Supreme Court of the State of New York,
held in and for the County of
New York, located at 60 Centre Street, 019421
New York, New York, at the
Courthouse in the City and State
of New York, this 4th day of
August, 2006,

PRESENT:

Hon. _C. E. Ramos_,
             Justice

-----------------------------------------------------------x

Application of

THE MAMMA MIA! USA TOUR 2
LIMITED PARTNERSHIP, a New York
Limited Partnership,

　　　　　　　　Petitioner,

Pursuant to NY CPLR § 7503 and
The United States Arbitration Act, 9 U.S.C. § 1 et seq.
For An Order and Judgment Compelling Respondents
To Arbitrate and Enjoining Respondents From
Pursuing A Civil Action,

　　　-against-

THEATRICAL ARTS INTERNATIONAL, INC. and
THEATRICAL ARTS INTERNATIONAL
FOUNDATION, California corporations,

　　　　　　　　Respondents.

-----------------------------------------------------------x

**ORIGINAL**

MOTION SEQUENCE #001

Index No. 602724/06

**ORDER TO SHOW CAUSE**

VAL 3

```
INDEX NUMBER 602724  YEAR 2006
 6 RJI FEE                  95.00
15 MOTIONS                  45.00
TOTAL                      140.00
CHECK                       95.00
CASH                        45.00
-----------------------------------
CONS CASHIER   DATE    TIME  TERM
30397  1000  06 AUG 03  3:43 PM 60-3
```

　　Upon reading and filing of the annexed Verified Petition to Compel Arbitration and

Enjoin Litigation dated August 2, 2006, with exhibits annexed, the Emergency Affirmation of Al

J. Daniel, Jr., Esq. dated August 3, 2006, and the accompanying Memorandum of Law in

Support of Petition to Compel Arbitration and Enjoin Litigation, seeking to compel Respondents

to arbitrate Petitioner's Demand for Arbitration served upon them and filed with the American

Arbitration Association on June 27, 2006, pursuant to ¶ 17 of the Booking Agreement signed by the parties, and to enjoin Respondents from maintaining or continuing a civil action commenced by Respondent Theatrical Arts International, Inc. against Petitioner regarding the same subject matter, which action was purportedly served upon Petitioner on August 2, 2006,

LET Respondents, or their attorneys, show cause at the Commercial Division, Room 238 of the Supreme Court of the State of New York, County of New York, at 60 Centre Street, New York, New York, on the 10th day of August 2006, at 9:30 o'clock in the forenoon of that day, or as soon thereafter as counsel may be heard, why an order and judgment should not be made and entered, *for the relief sought in the petition*, pursuant to New York Civil Practice Law and Rules § 7503, and the United States Arbitration Act, 9 U.S.C. ¶ 1 et seq. compelling Respondents to arbitrate Petitioner's Demand for Arbitration now pending before the American Arbitration Association pursuant to ¶ 17 of the parties' Booking Agreement; and it is further *and enjoining Respondents from maintaining or continuing any civil action against Petitioner regarding the same subject matter;*

~~ORDERED that, pending the hearing and determination of this petition, Respondents shall continue to participate in proceedings before the American Arbitration Association in Petitioner's Demand for Arbitration, subject to their contentions that they are not obligated to do so; and it is further~~ [X - JSC]

~~ORDERED that pending the hearing and determination of this petition, Respondents are preliminarily restrained from maintaining or continuing any civil action regarding the subject matter and disputes asserted in Petitioner's Demand for Arbitration; and it is further~~ [X - JSC]

ORDERED that personal service of a copy of this Order to Show Cause, together with copies of the papers upon which it is based upon Respondents Theatrical Arts International, Inc. and Theatrical Arts International Foundation, c/o their registered agent for service of process, Robert Abramoff, 20501 Ventura Blvd. #262, Woodland Hills, California 91364, or upon their

legal counsel, John G. Burgee, Esq., Burgee & Abramoff, P.C., 20501 Ventura Boulevard, Suite 262, Woodland Hills, California 91364, in hand, by facsimile, or by electronic transmission, on or before the 4th day of August, 2006, shall be deemed good and sufficient service; and it is further

**ORDERED** that answering papers, if any, shall be served, by hand, by fax to 212-974-8474, or by electronic delivery of copies thereof in PDF format upon Al J. Daniel, Jr., Esq., adaniel@cdas.com, Cowan, DeBaets, Abrahams & Sheppard LLP, attorneys for Petitioner, no later than 5:00 p.m. on 9th August, 2006.

ENTER:

_____
J.S.C.

ORAL ARGUMENT DIRECTED

_____
J.S.C.

HON. CHARLES E. RAMOS