02/17/2006  13:57    3236555154          HARMONY ARTISTS          PAGE  19
12/20/2005  02:20    9092444354          EVENSON                  PAGE  20
01/25/2006  23:37    9098856672          THEATRICAL ARTS          PAGE  28/26

7.   This production utilizes the following positions:

* Balcony Rail
* Near Box Boom
* Far Box Boom

Balcony rail and far box booms can be installed in a cove. If adequate positions do not exist, they will need to be installed. Please discuss with the production staff in advance.

8.   In some theatres, we will be hanging service trusses SL and SR – 4 points each. The points must hold 1,500 pounds. Service truss weighs approximately 4,000 pounds.

9.   We require 200 lbs. of dry ice per performance. Dry ice must be cut in slabs. A storage container must be provided, large enough to store all required dry ice.

## SOUND DEPARTMENT

SOUND REQUIRED POWER: Unique (AUDIO ONLY) 3-phase 200 Amp service with isolated ground - may not be shared with any other powered systems (i.e. Dimmers, Automation Motors, Air Conditioning etc.). Power needed within 50' of SR Service Truss. Minimum service to safely operate the show is 100 Amp, 3-phase. Actual current draw is in the neighborhood of 80 Amps per leg.

## SOUND DEPARTMENT

1.   Our Sound Mixing position is 8' x 12'. The sound mixing position must be near the centerline at the rear of the orchestra section of the house within the seating section or immediately behind the seating section and preferably within sight of the center cluster. Any seats must be removed prior to the beginning of the load-in. The console area provided must be level, with a flat surface. Easy access and egress to sound position by sound operator is necessary throughout the performance. The show cannot be mixed from a closed room or room with a window. Under all circumstances, our production will run and use its own multi-cable to and from the sound position and the stage area. The venue must ensure that the cable run from the FOH to the stage is clear of audience traffic and is NOT run through conduits/pipe/tubes which would pinch, bend or otherwise damage the cables. Due to scheduling, it is preferable to run the cables along the seating of the Orchestra level.

2.   We will require a center cluster truss position for the production. We travel with a truss system and two 1/2 Ton movers for this purpose if house motors/winches are not available in this position. Our center cluster weighs approximately 1000 lbs including the truss and rigging. If a house truss is permanently mounted (non-removable) in this position please contact the New York office immediately. The house chain motor points must be appropriately spaced in order to rig the production truss. We can accommodate spacing between points (either side of center) of up to 20 feet. If required, any existing house cluster, proscenium and delay speakers must be removed. This show will need full access to hang necessary proscenium speakers, delay speakers and video equipment in the theatre.

3.   We carry a complete sound system and insist that our own console, microphones, playback devices and speaker system be used. We reserve the right to use our own speaker system exclusively. If it is determined by our soundman to be advantageous, we will tie into your house sound and/or paging

-4-

02/17/2006  13:57     3236555154          HARMONY ARTISTS              PAGE  20

  12/28/2005  02:20     9092444354          EVENSON                    PAGE  21

    01/26/2006  23:37     9098858672          THEATRICAL ARTS          PAGE  21/26

system with a 600-ohm LINE LEVEL output and use it in addition to our system. We will require full access to all house sound, paging, video and hearing-impaired systems.

4.   This production will utilize 40 channels of UHF Wireless Radios, 10 channels of UHF HME Comm. and at least 8 channels of UHF Motorola walkie-talkies. The use of walkie-talkies or other broadcasting devices in the theatre other than those provided by the show is not allowed.

5.   A phone line should be made available at the sound console position for the run of the show. This line should be compatible with a modem (not digital in other words) and should have the ability of accessing long distance via a 1-800 number.

6.   A functional dressing room paging system is required. This system should allow patching from our systems via a 600-ohm LINE LEVEL input. If the theatre does not have functional paging speakers in all backstage areas (including dressing rooms) please inform the New York office immediately.

7.   The production travels with a pair of 24' high sound towers that will be placed on either side of the stage. The footprint of each tower is 40" wide (SL to SR) and 36" deep (up and downstage). These towers, when loaded with speakers and rigging, will each weigh in excess of 2000 lbs. The venue/presenters shall be responsible for ensuring the safety of floor loading as well as the ability of fastening the tower to the building through the proscenium wall and/or with an overhead steel safety cable. Placement of the towers will be at the discretion of the production.

## PROPERTY DEPARTMENT

1.   We require a professional upright piano (not a console), on a piano dolly, which must be tuned (A=440) before the first rehearsal in each city and thereafter every week. The piano is for rehearsal purposes only.

2.   We require 20 music stands with stand lights and chairs in the orchestra pit for the musicians.

3.   Please be certain that there are at least 80 chairs total for use in the dressing rooms, backstage, and in the orchestra pit.

4.   We require black carpeting or drape for the front and back walls of the pit, and black or dark grey carpet covering the pit floor.

5.   Push brooms, mops, buckets and a vacuum must be available.

6.   Two onstage water coolers must be provided, stationed upstage left and upstage right, for the duration of the engagement. Please place an initial order of 30 5-gallon jugs, and we will request to replenish as necessary.

7.   The orchestra pit must be clear except for items listed above.

02/17/2006  13:57    3236555154                    HARMONY ARTISTS          PAGE  21
12/20/2005  02:28    9092444354                    EVENSON                  PAGE  22
01/25/2005  23:37    9098858672                     THEATRICAL ARTS         PAGE  22/26

## WARDROBE DEPARTMENT

1. At least 6 - 15 amp 115 V circuits are required in the wardrobe area.

2. In the wardrobe area, there must be 5 six- or eight-foot work tables (at least two must be 8 feet) and 10 chairs, 10 rolling racks, and 2 large garbage cans.

3. ~~Local promoter must provide 2 full size washers and dryers on the premises (or 1 of each, plus hookups for a second), for shows use only. Washers must have individual cycle capabilities and water levels. Dryers must be 220 volts. Coin-operated machines will be at the expense of the theatre. Appliances must be in full running condition on the first day of the load-in.~~  *Std*

4. ~~The production travels with 1 washer and 1 dryer. These machines will require appropriate electrical and water hook-up adjacent to the in-house washers and dryers, should it be necessary to use them.~~  *Std*

5. Crew Information:  It is imperative that the same people work the load-in, load-out and performances.  Of the total personnel, four must be experienced stitchers.  Ideally, the composition of the wardrobe crew should be six females and three males.  If this is not possible, at least 5 members of the crew must be female.

6. Crew Calls:  There will be two four-hour work calls each week, on days to be determined by the wardrobe supervisor based on the performance schedule (usually Tuesday and Friday).  The wardrobe crew will also be called for a one hour continuity call before the half-hour call before each performance except for the two days on which there is a work call.

7. ~~A fully-functioning utility sink with hot and cold running water will be needed for the cleaning and rinsing of costumes and wigs.  This sink must be nearby the wardrobe and wig rooms yet separate from any sink used by theatre custodial and cleaning staff.~~  *Std*

8. Wardrobe area must be well-lit and well-ventilated.

## HAIR/WIG DEPARTMENT

1. At least 3 - 20 amp circuits are required in the wig area.

2. The wig area must be well-lit.

3. In wig area, there must be 1 six- or eight-foot work table with 1 - lighted mirror space, 1 height-adjustable chair, and 1 - trash can.

4. ~~A deep sink with hot and cold running water (see Wardrobe Department #7) is required.~~  *Std*

5. Crew Information:  It is imperative that the same person works all of the performances.  The hair crew member will be called from half-hour through the end of the performance.

02/17/2006  13:57    3236555154
12/20/2005  02:20    9092444354
01/26/2006  23:37    9098958672

HARMONY ARTISTS                    PAGE   22
EVENSON                           PAGE   23
THEATRICAL ARTS                   PAGE  23/26

## ORCHESTRA REQUIREMENTS

This production's orchestra is self-contained, and will use the orchestra pit. See Props requirements for chair and stand needs.



The conductor for Mamma Mix plays keyboards and conducts from a seated position. ~~The podium space requirements are slightly larger than usual.~~ This production travels a platform ~~which is 58"~~ (4'10") square and can be raised to a maximum height of 45" (3'7"). ~~The keyboard, stand, music stands, conductor's chair and Pit Mix (for monitoring) sit in on this platform.~~ The conductor must be able to see the deck from a seated position behind the keyboard and have access to all equipment mentioned above. ~~These must be~~ enough space between the edge of the stage and the pit wall behind ~~the conductor,~~ to accommodate necessary adjustments to our traveling podium.

## DRESSING ROOM REQUIREMENTS

1.   Our company consists of 30 performers, 1 conductor, 8 traveling musicians, 3 stage managers, 2 company managers, and a crew of 14 (including 2 wardrobe and 1 hair person).

2.   The dressing room requirements are as follows:

        8  -  Principal (1 person) Dressing Rooms
        2  -  2 person Rooms
        2  -  Large Chorus (12 people) Rooms
        1  -  Conductor Dressing Room
        2  -  Band Room (accommodating up to 6)

3.   All performers' dressing rooms must be cleaned - floors, make-up tables, mirrors, sinks and bathrooms - prior to the START of the load-in and maintained daily. These rooms must be well-lighted with burned out bulbs replaced daily. They must have hot and cold running water, wardrobe racks, etc. in accordance with Actors' Equity Association requirements. Chairs, not stools or benches, are required at each space to be used by a performer.

4.   Additionally, we will need the following rooms for staff personnel, which can be securely locked. Please provide keys to Stage Managers upon arrival.

    1    Room for Company Management with 2 private telephone lines and 1 private line for a fax, with no rollover features. For the fax, we prefer to have direct-dial long distance (not an in-house switchboard), in order to program autodial numbers into the machine. We will use a long distance calling card for this purpose.

    1    Room for Stage Management with 2 private telephone lines (one must be suitable for fax machine hook-up.)

    1    Room for Wardrobe Department (see Wardrobe Requirements)

    1    Room for Hair/Wigs Department (see Hair/Wigs Requirements)

02/17/2006  13:57    3236555154          HARMONY ARTISTS          PAGE  23

12/28/2005  02:20    9892444354          EVENSON                  PAGE  24

01/26/2006  23:37    9898858672          THEATRICAL ARTS          PAGE  24/26

## SECURITY INFORMATION

We require security personnel for each performance to arrive at the theatre 90 minutes before each performance and remain at the theatre until the last company member has departed. Throughout the engagement, all areas used by the company must be secured to the satisfaction of the company's representative. In addition, the stage door must be accessible for any scheduled work calls and/or rehearsals.

## MANAGEMENT REQUIREMENTS

Please mail the following to Nina Lannan Associates, 1450 Broadway, Suite 2011, New York, New York, 10018, as soon as possible:

* List of the theatre personnel and presenting organization's personnel with their private office numbers and home phone numbers if possible.
* List of local doctors to include general practitioner, ear, nose and throat, chiropractor, podiatrist, dentist and OB/GYN, and appropriate hospital or medical center for emergency treatment as well as a listing of local transportation, laundry facilities, drug store, grocery stores, health clubs, post office, and nearby restaurants and hotels.
* A copy of the house seating plan which includes all seating areas.

## ESTIMATED LOCAL CREW REQUIREMENTS

The following is an estimate of the number of local stagehands needed and approximate call times. Actual numbers of personnel may vary depending on local circumstances. These call times may increase or decrease and a final determination of personnel and call times will be made by the Head Carpenter.

## PRE-ENGAGEMENT SPOTTING CALL

| 8 hour call | 1 | Head Carpenter |
|---|---|---|
| | 13 | Carpenter (5 riggers: 4 up, 1 down) |
| | 1 | Head Electrician (if necessary for tie-ins) |
| | 1 | Head Props (only if required by local conditions) |
| | 6 | Sound |

## LOAD IN (Yellow Card)

One typical Load-in call is 13 hours spread over 2 days as follows:
Monday evening  5 hours
Tuesday  8 hours

The estimated Load-out call is 5 hours. Load-out will begin at the closest hour following the final performance. This is also the minimum call and is subject to local conditions.

| | IN | RUN | OUT |
|---|---|---|---|
| Carpentry | 8 | 5 | 14 |
| Electrics | 8 | 3* | 8 |
| Sound | 4 | 1 | 8 |
| Props | 2 | 2 | 6 |
| Wardrobe | 9 | 9 | 9 |
| Hair | 1 | 1 | 1 |
| Loaders | AS NEEDED | | |

8

Pushers                  **AS NEEDED**

*If local conditions do not allow the house electrician to perform deck cues, the number of local electricians will be raised to 4.

## WORK CALLS
Any stage crew work calls will be scheduled as necessary, with advance notification.

## TRUNK PICKUP & DELIVERY
Approximately 45 large personal trunks are transported with the production, and these need to be dropped off at one or more hotels during the Tuesday load-in. A truck with lift gate should be made available (a 22' rental truck is adequate for this purpose), and our road Props Supervisor will advise in advance any additional labor needs and furnish delivery information. On our final performance day, a truck will again be needed, to collect trunks from the hotel(s) and return to the theatre for loading.

## CATERING
LOAD-IN: The local presenter must arrange to provide lunch (hot or cold sandwiches and assorted beverages) for local and touring sound crew during the Tuesday load-in. This may be ordered from a local takeout restaurant or deli (menu choices are appreciated), for delivery to the stage door at noon. If the theatre has an exclusive catering agreement, then the house caterer should be given this information.

LOAD-OUT: In most theatres, our crew and all local stagehands assigned to the load-out will require a catered hot meal if the load-out is scheduled to go beyond five hours. The catered hot meal will need to be catered at split shifts: 5 hours after final curtain and 5.5 hours after final curtain. The load-out catering will be for approximately 55-60 people and should not be breakfast. Please confirm with the head carpenter to see if a meal is required.

MATINEE DAYS: In addition, catered meals (no pizza, but must be hot meal — no deli and paint trays) will generally be necessary between shows on 2-performance days, when the scheduled performance start times are less than 5 and ½ hours apart, or as dictated by local union conditions. Meals are for up to a total of 40 stagehands, road crew, and wardrobe, however, this is an estimated number, which may increase or decrease as determined by performance schedules and union regulations.

## HOUSE MANAGEMENT
1. Running times are Act I – 1:04 and Act II – 1:06. We prefer 20-minute intermissions. House management will be advised by our Stage Managers of the seating hold policy, and should instruct the usher staff accordingly.

2. In the event of a change in cast, it will be necessary for the ushers to place printed announcements in each house program at no additional expense to producer. The production stage managers will supply these pre-printed announcements to the house 30 minutes before scheduled curtain.

## PRESENTER AVAILABILITY

The Presenter or a representative must be available at all times to the Road Carpenter and the Production Stage Manager from one hour prior to the load-in to the end of the final performance. This person must be able to make decisions on behalf of the Presenter.

9

## SUMMARY OF MATERIALS TO BE MAILED TO THE NEW YORK OFFICE

- Union Contracts with prevailing rates
- Hanging plot (line set positions)
- Ground plan and section in scale of stage dimensions and dressing room layout
- The location, size, and access of the loading door
- Local electric restrictions and codes
- Parking availability/accessibility at the theatre, for rental cars of managers and crew.
- Names & phone numbers of Carpenter/Tech Director, Electrician, Theatre Manager, Concessions/Souvenir Manager, Presenter Contact
- House seating plan
- Doctor and local orientation list

In the event that the minimum technical and production requirements of this rider are not met, additional equipment and personnel not specified in this rider may be required.

If there is any further information you require, or if you anticipate any difficulty in meeting the needs as stated above, please contact:

Nina Lannan Associates
Devin Kendell
1450 Broadway, Suite 2011
New York, NY 10018
(212) 221-1122 (phone)
(212) 221-3222 (fax)

Tour Personnel – (reachable through the Management office if no number is listed):

| Position | Name | Contact |
|---|---|---|
| General Manager | Nina Lannan & Devin Kendell | dkendell@nlannan.com |
| Stage Manager | Glynn Turner | 347-423-8090 |
| Head Carpenter | Herb Woodruff | 612-743-6709 |
| Head Electrician | Todd Davis | 917-554-5586 |
| Head Sound | Richard Caruso | 954-294-4108 |
| Head Props | Byron Reynolds | 954-914-6407 |
| Wardrobe Supervisor | Sandy Hadlon-Cressler | 702-595-9024 |
| Company Manager | Robert Tetywx | bohtetywx@aol.com |

# EXHIBIT 5



**THEATRICAL ARTS INTERNATIONAL**

California Theatre of Performing Arts
468 W. 4th Street San Bernardino
Mar 9-12, 2006

For tickets: 909-885-5152
www.theatricalarts.com

**THE PRESS-ENTERPRISE**
*Inland Southern California's Newspaper*

## A message from Theatrical Arts International

Sometimes we are a part of something historic and we don't even know it. There have been numerous times where we have come to a theatre, watched a show and never thought about the show or the theatre's significance.

Audiences like yourself have watched shows here since 1928 featuring numerous legends such as Will Rogers, Jack Benny, Bob Hope, The Three Stooges, Rock Hudson, Jerry Seinfeld, Rita Hayworth and numerous others who have appeared on this stage.

History is being made tonight because this is the first time Mamma Mia will have ever appeared in the Inland Empire. It has taken us no less than 3 years of hard work to get this spectacular production to appear at this theatre.

History is being made tonight as well because you are the first. You are a part of something historic occurring to this beautiful theatre.

There has always been a large area upstairs never visible to audiences. Originally it was used as rental offices. Later it was used to house cos- tumes for the San Bernardino Civic Light Opera. This area spans the entire length of the theatre. In the early 1990's a fire had destroyed it and it had been a dream of numerous supporters of the arts to one day see this area in all of its glory. Tonight, if you take a walk upstairs, you can get a glimpse of the beautiful California Room that is soon to open.

The most important significance of tonight is your participation. You are a part of this theatre's 78-year history now. It is my hope that with the new improvements to the theatre and the ability to see such an incredible pro- duction this will allow you to appreciate tonight's significance and help you continually be a part of this community and this glorious theatre's history.

Joseph, Allen & Bob

JUDY CRAYMER, RICHARD EAST AND BJÖRN ULVAEUS
FOR LITTLESTAR IN ASSOCIATION WITH UNIVERSAL

PRESENT

# MAMMA MIA!

MUSIC AND LYRICS BY

## BENNY ANDERSSON
## BJÖRN ULVAEUS

AND SOME SONGS WITH STIG ANDERSON

BOOK BY CATHERINE JOHNSON

PRODUCTION DESIGNED BY
MARK THOMPSON

LIGHTING DESIGNED BY
HOWARD HARRISON

SOUND DESIGNED BY
ANDREW BRUCE &
BOBBY AITKEN

MUSICAL SUPERVISOR, ADDITIONAL MATERIAL
& ARRANGEMENTS
MARTIN KOCH

CHOREOGRAPHY
ANTHONY VAN LAAST

DIRECTED BY
PHYLLIDA LLOYD

# CAST
*in order of appearance*

Sophie Sheridan ................................................ REKAH NUTT
Ali .............................................................. TIFFANI BARBOUR
Lisa ............................................................. KARLA L. BEARD
Tanya ........................................................... LISA MANDEL
Rosie ........................................................... LAURA WARE
Donna Sheridan .............................................. LAUREN MURSON
Sky .............................................. ROBERT ADELMAN HANCOCK
Pepper ........................................................ ROBERT PENDILLA
Eddie ......................................................... MICHAEL GRAYMAN
Harry Bright ................................................. IAN SIMPSON
Bill Austin ................................................... MILO SHANDEL
Sam Carmichael .............................................. TONY CLEMENTS
Father Alexandrios ........................................... BRAD WILLS

## THE ENSEMBLE

CATHRYN BASILE, JULIA COOK, COLIN DONNELL, MICHAEL GERHART,
MARLENE HANDRAHAN, KURT ANDREW HANSEN, MICHAEL MARESCA,
MARISA MARTINEZ, VINCENT ORTEGA, KRISTINE REESE, AMINA S. ROBINSON,
ENRICO S. RODRIGUEZ, ANNE TOLPEGIN, BRAD WILLS

## UNDERSTUDIES

For Sophie Sheridan—Cathryn Basile, Kristine Reese; for Ali—Cathryn Basile,
Amina S. Robinson; for Lisa—Marisa Martinez, Kristine Reese; for Tanya—Julia Cook,
Marlene Handrahan; for Rosie—Julia Cook, Anne Tolpegin; for Donna Sheridan—
Marlene Handrahan, Anne Tolpegin; for Sky—Colin Donnell, Michael Maresca; for Pepper—
Vincent Ortega, Enrico S. Rodriguez; for Eddie—Kevin Ashling, Vincent Ortega,
Andrew Parkhurst; for Harry Bright—Michael Gerhart, Kurt Andrew Hansen, Brad Wills;
for Bill Austin—Kurt Andrew Hansen, Brad Wills; for Sam Carmichael—Michael Gerhart,
Kurt Andrew Hansen; for Father Alexandrios—Michael Gerhart, Kurt Andrew Hansen

## SWINGS

KEVIN ASHLING, SARA BRASLOW
ANDREW PARKHURST, ROSALIE VEGA

*Dance Captain—Andrew Parkhurst*
*Assistant Dance Captain—Sara Braslow*

## THE BAND

Music Director/Keyboard 1—SUSAN DRAUS
Associate Music Director/Keyboard 3—BILL CONGDON
Keyboard 2—EMILY WITT
Keyboard 4—CHRIS SARGENT
Guitar 1—TIM MOREY
Guitar 2—STEVE ROBERTS
Electric Bass—PAUL PASMORE
Drums—JEFF MacPHERSON
Percussion—MARK MULE

*Music Coordinator—SAM LUTFIYYA, MUSIC SERVICES INTERNATIONAL*

*Synthesizer Programmer—NICHOLAS GILPIN*



The use of any recording device, either audio or video, and the taking of
photographs, either with or without flash, is strictly prohibited!

PLAYBILL
BROADWAY

# SCENES & MUSICAL NUMBERS

*in alphabetical order*

CHIQUITITA

DANCING QUEEN

DOES YOUR MOTHER KNOW

GIMME! GIMME! GIMME!

HONEY, HONEY

I DO, I DO, I DO, I DO, I DO

I HAVE A DREAM

KNOWING ME, KNOWING YOU

LAY ALL YOUR LOVE ON ME

MAMMA MIA

MONEY, MONEY, MONEY

ONE OF US

OUR LAST SUMMER

SLIPPING THROUGH MY FINGERS

S.O.S.

SUPER TROUPER

TAKE A CHANCE ON ME

THANK YOU FOR THE MUSIC

THE NAME OF THE GAME

THE WINNER TAKES IT ALL

UNDER ATTACK

VOULEZ-VOUS

On a Greek Island, a wedding is about to take place...

## PROLOGUE
Three months before the wedding

## ACT ONE
The day before the wedding

## ACT TWO
The day of the wedding

# CAST



LAUREN MUNSON

BEKAH NUTT

IAN SIMPSON

LISA MANDEL

LAURA WARE

TONY CLEMENTS

MELO SHANDEL

MICHAEL GRAYMAN

ROBERT PENDILLA

ROBERT ADELMAN HANCOCK

TIFFANI BARBOUR

KARLA L. BEARD

JULIA COOK

COLIN DONNELL

KEVIN ASHLING

MICHAEL GERHART

CATHRYN BASILE

SARA BRASLOW

MICHAEL MARESCA

MARISA MARTINEZ

VINCENT ORTEGA

MARLENE FANDRAHAN

ANDREW PARKHURST

KURT ANDREW HANSEN

AMINA S. ROBINSON

ENRICO S. RODRIGUEZ

ANNE TOLPEGIN

ROSALIE VEGA

KRISTINE REESE

BRAD WILLS

# WHO'S WHO in the CAST

**LAUREN MUDSON** (*Donna Sheridan*). Theater: *A New Brain* (Lincoln Center), *Groundling* (MTC), Public Theater, BAM, O'Neill Center, *Kiss of The Spider Woman* (dir. Harold Prince), *The Book of Candy*, *The Predator's Ball*, *Man of LaMancha*, *No Way to Treat a Lady*. Many regional theater, club, and concert appearances. TV: "Law and Order: SVU," "Rosie O'Donnell Show." Proud member of Actors' Equity Association since 1988.

**BEKAH NUTT** (*Sophie Sheridan*) is a graduate of Baldwin-Wallace College and proud member of Actors' Equity. National tours: *South Pacific*, NYC: *Merry Christmas, Charlie Brown!* (original workshop). Favorite regional: *Wizard of Oz*, *Baby; You're a Good Man, Charlie Brown; Oklahoma!; Blood Brothers*. "Thanks Mom, Dad, Aunt Judy, Jamie and this amazing company!" RWYA.

**LISA MANDEL** (*Tanya*) a native Nevadan and University of Arizona graduate (BSA-MKTG). Broadway debut in *Sunset Boulevard* and understudied the role of "Ulla" in *The Producers*. Recurring roles on "ATWT;" "David Letterman" and "Oz." Lisa sits on the National Board of Directors for the UA's Alumni Association.

**LAURA WARE** (*Rosie*) holds a B.F.A. in Acting (UC Santa Barbara) and an M.F.A. in Musical Theatre (San Diego State University) and is proud to be joining her degrees as a wedding member of *Mamma Mia!* Regional credits: Annie (Miss Hannigan); *42nd Street* (Maggie Jones), *Narcissist* (Reverend Mother). Love to her family and friends.

**TONY CLEMENTS** (*Sam Carmichael*) is originally from Milwaukee, Wisc. Nat'l tour ensemble in *Mamma Mia!* (2nd national). Regional: Floyd in *Floyd Collins* (Skylight Opera), El Gallo in *The Fantasticks* (Utah Shakespeare), Fred in *Angels in America* (Milwaukee Chamber), Mikey in *Shear Madness* (Milwaukee Rep). Tony is a proud member of Actors' Equity Association. www.tony-clements.com

**MILO SHANDEL** (*Bill Austin*). U.S. *Mamma Mia!* (first national), *Forbidden*, Hollywood. Canada: *Six Degrees....* (CanStage, Manitoba Theatre Centre), *Cabaret* (Grand, MTC), *Disney's Beauty and the Beast*, *Forbidden Broadway*, *Napoleon*, *House of Angels* (Aladdin, Tarragon). Brent Carver (CanStage). Stratford Festival: *Merry Wives...*, Macbeth, *Amadeus* with Brian Bedford. Milo was born and raised in Vancouver, and is now based in Toronto.

---

## in the CAST

**IAN SIMPSON** (*Harry Bright*). U.S. *Mamma Mia!* (first national), *The Scarlet Pimpernel* (Chicago Humanities Festival). Canada: *King Lear*, *Camelot*, *The Boyfriend*, *Coriolanus*, *Equus*, *The Gondoliers* (Stratford Festival), *Gentlemen Prefer Blondes*, *Sherlock Holmes*, *Lady Be Good!* (Shaw Festival). Other credits: *Falsettos*, *Les Misérables*, *The Merry Widow*, *Into the Woods*, *Oh, Coward!*, *Jacques Brel... and Popcorn*.

**ROBERT ADELMAN HANCOCK** (*Sky*). National Tour: *Mamma Mia!* (first national), *Singalong Wizard of Oz*. Regional: *James Joyce's The Dead* (Court Theatre), *The Fantasticks* (Utah Shakespeare Festival), *Hello Dolly!*, *Forum*, *Lady Be Good* (Skylight Opera), *Route 66* (Milwaukee Rep), and others. Originally from Nashville, Tenn. and grad of University of Tennessee. Proud member of Equity. "Thanks!" www.robhancock.com

**TIFFANI BARBOUR** (*Ali*) recently appeared in a recurring role as Alice on CBS's *The Education of Max Bickford*. Other credits: *Fame* (European tour), *Orestes* (En Garde Arts) and *Bobos* (AMFP). Tif is a co-founder of Threelegsturtle.com (Productions).

**KARLA KRAMER** (*Lisa*) Regional credits: Midwest Premiere of *Dessa Rose* (Dessa Rose); *Sunday In the Park with George* (Celeste #2); *Ain't Misbehavin* (Charlaine); *Once on This Island* (TiMoune); *Miss Saigon* (Gigi). *Amen Corner*; *Piano Lesson*.

**MICHAEL GRAYMAN** (*Eddie*). National tours: *West Side Story, The King and I*. Regional: *The Sum Of Us* (Boston premiere), *The Fantasticks* (Matt—Los Angeles); *The Music Man*. Television: "General Hospital." Member, Actors' Equity.

**ROBERT PENDILLA** (*Pepper*). Credits include numerous television/film, music video and commercial appearances. Most recent stage credits: *Aida, Flower Drum Song, My Fair Lady, Mame, Dorian* and *Disney's Aladdin*. Thanks to family, friends and K.S.A!

**KEVIN ASHLING** (*Swing*). AEA member. Tours: *Grease, Footloose, West Side Story, The Music of Andrew Lloyd Weber*. "This is for Poppy! "Home is the sailor, Home from the sea." www.KevinAshling.com

**CATHRYN BASILE** (*Ensemble*). New York: *Henry, Sweet Henry* (York Theatre). Readings: *Big River* (Huck), workshop of *Party Come Here* (Roundabout), *Last Dance*, *Slut* (Goodspeed). Regional: MUNY. B.E.A. University of Michigan. "Thanks to Henderson/Hogan, Mark Madama, friends, family and especially Mom and Dad!"

---

# WHO'S WHO in the CAST

**SARA BRASLOW** (*Assistant Dance Captain, Swing*). National tour: *Big River*. Regional: *Me and My Girl* (Goodspeed), *Beauty and the Beast*, *Funky Fairytale* (Trump Plaza). Love and thanks to my family and husband, Dan Daniels, for showing me how high to dream!

**JULIA COOK** (*Ensemble*). NYC and regional credits include: *Inside Out* (HERE), *Loves Labours Lost* (American Globe), *Morning Star* (Asolo). *A Midsummer Night's Dream* (American Stage). Proud member of Actors' Equity. "Love to Jefferson, Mom and Dad!"

**COLIN DONNELL** (*Ensemble*). Off-Broadway: *Almost Heaven: Songs of John Denver*. Regional: *Mame, Miss Saigon, Breakfast at Tiffany's, Jesus Christ Superstar* (MUNY), *Hello Dolly, 1776* (Stages St. Louis). B.A. Indiana University. "Love to my family/friends." Proud Member of Equity.

**MICHAEL GERHART** (*Ensemble*). Broadway: *The Phantom Of The Opera, My Fair Lady*. National tours: *The Phantom of The Opera, My Fair Lady, The Music of Andrew Lloyd Webber, West Side Story* and *Chess*. Chicago native and Northwestern University graduate. "Love to Becky, Maddie and Coltin."

**MARLENE HANDRAHAN** (*Ensemble*). From Prince Edward Island. Across Canada: *I Love You, You're Perfect, Now Change; The Secret Garden; Anne of Green Gables; Emily of New Moon; Johnny Belinda; Oklahoma; Brigadoon; Guys and Dolls*.

**KURT ANDREW HANSEN** (*Ensemble*) is a touring maniac and happy to be touring again. He was last seen across the country and on Broadway in *Miss Saigon*. He also has numerous L.A. and regional credits. "Love to my girls."

**MICHAEL MARESCA** (*Ensemble*) began his career at Collin County Community College. Later he joined the national tour and Las Vegas Sahara productions of *Saturday Night Fever*. These shows are for his "Bunny," family and Papa.

**MARISA MARTINEZ** (*Ensemble*). Originally from Rochester, N.Y. She is excited to be making her professional debut in the national tour of *Mamma Mia!* She is a proud member of Actors' Equity Association.

**VINCENT ORTEGA** (*Ensemble*). Regional: *Babes in Arms* (Pete), *Big River* (Huck), workshop of *Disney's Aladdin* (Aladdin, Iago). Numerous video, film, and television credits; back-up singing/dancing for stars like Elvira Mistress of the Dark and Debbie Reynolds.

---

**ANDREW PARKHURST** (*Dance Captain, Swing*). Alvin Ailey's *Memoria* (age 16). Young Artist Scholar. American Dance Festival. Roman Polanski's *Tanz de Vampire* (dance soloist) in Vienna. Five productions *West Side Story*, including in German. B.F.A., TCU. KCMO native. Member, AEA.

**KRISTINE REESE** (*Ensemble*). Credits: Fiona (*Brigadoon*), Rosa Bud (*The Mystery of Edwin Drood*), Ariel (*Footloose*), *Hello, Dolly!* starring Michele Lee, featured performances with Cincinnati Pops and Cincinnati Symphony Orchestra. CCM Grad. "Thanks to friends, family, mom, dad and Billy."

**AMINA S. ROBINSON** (*Ensemble*). National tours: *Little Shop of Horrors, Williamstown Theatre tours: The Threepenny Opera, Under Milk Wood, Classical Theatre of Harlem Romeo and Juliet* (AUDELCO nomination); *Freedom Theatre Sparkle, The Musical*. Various regional credits. M.F.A. in acting Temple University.

**ENRICO S. RODRIGUEZ** (*Ensemble*). Broadway/off-Broadway: *Rent, Big Zanzu Dovet* (Misa). *Fame, Radio City Christmas Spectacular*, national tours: *Rent, Radio City Christmas Spectacular* (Ken McCormack, NSMT), Regional: *Footloose* (Ren McCormack), *Pippin*. Pittsburgh CLO, NYMF. Ren! A. Cheerleader (Dolph). "Thanks Mom, Dad, John, Colin, Henderson/Hogan and GOD!!!"

**ANNE TOLPEGIN** (*Ensemble*). Broadway/national tours: *Les Misérables* (Madame T w/s), *Ragtime* (Mother). Regional: Chicago premiere of Sondheim's *Passion* (Fosca), *Man of La Mancha* (Aldonza), *Grand Hotel* (Raffaella); Northwestern University, proud AEA member.

**ROSALIE VEGA** (*Swing*). Film/television: *Ready to Rumble, Bedazzled, Training Day, City of Angels*. Commercial: Degree deodorant. Theatre: (Andrea) *Once On This Island*, (Viola) *Twelfth Night, Dreamgirls*. "Thank you Mom, Hart, and my dearest friends—I Love You."

**BRAD WILLS** (*Ensemble*). Thrilled to be joining this company, Broadway: *Annie*. National tours include Ford's D.C. and Theatre-by-the-Sea. "Thanks David, Mom and Dad."

**BETH E. ROBERTSON** (*Production Stage Manager*). Credits: *Rent* (national tour), 2,5 *Minute Ride, The Greenbird, Valley Song, The Invisible Circus* and Randy Newman's *Faust*. For Sledgehammer Theatre: *Peter Pan, Saint Plays, No Time Like the Present* and Mac Wellman's 7 *Blondes*.

## WHO'S WHO in the CAST

**MICHAEL JOHN EGAN** (*Stage Manager*). Broadway: *Les Misérables, Man of La Mancha, Never Gonna Dance*. National tours: *Les Misérables, Miss Saigon, Cabaret, Mamma Mia!, Guys and Dolls*. Other credits include Seattle Opera, Spoleto Festival USA, 5th Avenue Theatre, Pittsburgh CLO.

**JOYCE DAVIDSON** (*Assistant Stage Manager*) most recently stage managed *Blue Man Group-Live at Luxor* in Las Vegas. She has also done extensive work with The La Jolla Playhouse, including such shows as *Jane Eyre, The Green Bird* and *Harmony*.

**JUDY CRAYMER** (*Producer*). After working for Cameron Mackintosh on the original production of *Cats*, Judy joined Tim Rice's production company and became Executive Producer of *Chess*. She then went on to a successful career in film and television. Judy worked for many years on the idea of creating a musical based on the songs of ABBA and formed Littlestar in 1996 to produce *Mamma Mia!*. She was also Executive Producer of the official ABBA documentary *The Winner Takes it All* and Executive Producer of the recent documentary *Mamma Mia!*, Judy is the Producer of *Mamma Mia!* in London, Broadway, Las Vegas, the national U.S. tour and the international tour. In 2002, Judy was presented with a Woman of the Year award in recognition of her international success with *Mamma Mia!*, and *Mamma Mia!* was nominated for a Tony Award for Best Musical.

**RICHARD EAST** (*Producer*). Born in Australia. A Fine Art graduate from the Victorian College of the Arts, Melbourne, Australia in 1977, Richard has worked in the entertainment industry for 24 years in Australia, London and the U.S.A. in various capacities including promoter, film and arts manager. He is a peer of the Australia Council. Richard has been involved in *Mamma Mia!* from its inception.

**BJÖRN ULVAEUS** (*Music & Lyrics*) was born in 1945 in Gothenberg on the West Coast of Sweden. After a successful local career in Sweden with a folk group in the mid-60s, he started his collaboration with Benny Andersson. They then went on to form ABBA with Agnetha Fältskog and Anni-Frid Lyngstad. Together they produced a succession of smashing appealing and in 1981, Björn and Benny met Tim Rice and co-wrote *Chess* with him, which opened in the West End in 1986. In 1995, Björn and Benny opened a new musical, the musical in Sweden called *Kristina from Duvemåla*, which played for three years in Sweden. In February 2002, the Swedish version of *Chess* opened in Stockholm.

**BENNY ANDERSSON** (*Music & Lyrics*). Born in Stockholm on December 16, 1946. Instructed by his father and grandfather, he started to play the accordion at the age of 6, and he has not stopped yet.

**CATHERINE JOHNSON** (*Book*). Theatre: *Rag Doll* and *Renegades* (Bristol Old Vic); *Too Much Too Young* (Bristol Old Vic and London Bubble); *Boys Mean Business, Dead Sheep, Little Baby Nothing* (Bush Theatre, London); *Shang-a-Lang* (Bush Theatre and national tour); *Mamma Mia!* (London West End, Canada, U.S., Australasian and international tour, Las Vegas, Broadway, Germany, Holland, Spain, Japan and South Korea). Her plays have been produced in Germany, Denmark and Sweden. *Through The Wire*—a musical for Red Ladder Connections, produced in 2000. Television: *Love Hurts* (BBC, regular for two years); *Byker Grove*, plays of "Rag Doll" and "Where's Willy" Hirts," "Gold," and "Sin Bin" (BBC); the series "Love in the 21st Century" (Channel 4); developing a new original series pilot entitled "Playmates" (United/ITV). Film: currently working on the screenplay for *Shang-a-Lang* (Scala). Awards: Catherine has won the Bristol Old Vic/HTV Playwriting award; Thames Television's Writer-In-Residence award; Thames Television's Best Play award; nominated in 2002 for a Tony Award for Best Musical Book for *Mamma Mia!*.

**PHYLLIDA LLOYD** (*Director*) has directed opera, theatre and recently her first film for television. Theatre includes: *Six Degrees of Separation* (Royal Court), *Hysteria* (Royal Court), *The Threepenny Opera, Boston Marriage* (Donmar Warehouse), *The Way of the World, Pericles, What the Butler Saw, The Prince of Miss Jean Brodie, The Duchess of Malfi* (Royal National Theatre), *Artists and Admirers, The Virtuoso* (Royal Shakespeare Company); *Mamma Mia!* (London, Broadway and worldwide), *The Taming of the Shrew* (Globe). Opera: *La Bohème, Medea, Carmen, L'Etoile, Gloriana, Albert Herring* (Opera North), *Macbeth* (Paris), *The Carmelites, The Handmaid's Tale, Wagner's Ring Cycle* (English National Opera) and *Wild East* (Royal Court). For *Gloriana* a Film, she received an International Emmy, an E.I.P.A. d'Or, and The Royal Philharmonic Society Award.

## WHO'S WHO in the CAST

**ANTHONY VAN LAAST** (*Choreographer*). Despite coming second in the under-13 diving competition at school, Anthony has gone on to choreograph and direct many shows around the world and in 1999 was awarded the MBE by Her Majesty the Queen for his services to dance and choreography.

**MARK THOMPSON** (*Production Designer*) has designed many productions for the Royal National Theatre and Royal Shakespeare Company. On Broadway, he designed *Bombay Dreams, Shadowlands, Joseph and the Amazing Technicolor Dreamcoat, Arcadia, Art, The Blue Room, Blast!, Follies* and *The Queen of Spades* for the Metropolitan Opera. In London, Mark has worked many times in the West End and at the Almeida, Donmar and Royal Court. He designed the costumes for the film *The Madness of King George* and is the recipient of four Olivier Awards.

**HOWARD HARRISON** (*Lighting Designer*) has worked extensively in theatre and opera in the U.K. and around the world. His recent work includes *Mary Poppins* in London, *Mamma Mia!* in London, Broadway and around the world; *Suddenly Last Summer; Ragtime; Oleanna* and *The Master Builder* (West End); *Putting It Together; Cat on a Hot Tin Roof* (Broadway); *Aida; Il Macellaio; Othello* and *Il Trovatore* (Royal Opera); *The Makropulos Case* and *Nabucco* (Metropolitan Opera). Howard has been nominated for a Laurence Olivier Award as Best Lighting Designer on six occasions and for the most recent of the 2001 Australian Green Room Award for his work on *Mamma Mia!*.

**ANDREW BRUCE** (*Sound Designer*) began his career at the Royal Opera House, London, in 1971. A year later he co-founded Autograph, the British sound design and rental company. His sound design credits include *Song and Dance, Little Me, Abracadabra, Chess, Follies, Into the Woods, Children of Eden, City of Angels, Martin Guerre, The Fix, Hair, The Witches of Eastwick, The Secret Garden, Sweeney Todd*, the U.K. tours of *Cats* and *Oliver!* and all worldwide productions of *Miss Saigon, Les Misérables, Chitty Chitty Bang Bang* and *Mamma Mia!* His latest design work can be heard on the new London production of *Mary Poppins*.

**BOBBY AITKEN** (*Sound Designer*) has been involved with theatre sound for over 20 years, designing sound for productions in the U.K. and around the world. London work includes *Cyberjam, We Will Rock You, Blast!, Grease, Return to the Forbidden Planet, Five Guys Named Moe, Which Witch, Metropolis*, Pete Townshend's *The Iron Man, In the Midnight Hour, High Society, Time, A Saint She Ain't, The Best of Times, Soultrain, From a Jack to a King, Sweeney Todd, Bitter Sweet, Children of Eden, The Fix* and *Mamma Mia!* U.K. regional work includes productions at Coventry Belgrade, Derby Playhouse, Sheffield Crucible, Manchester Royal Exchange, Watford Palace and Leicester Haymarket. RSC: *The Beggar's Opera* and *Bartholomew Fair*. Opera: for the past four years Bobby has been working to create techniques to deliver credible sound reinforcement for large scale, in-the-round opera production. Work has included *Carmen, Madame Butterfly, Tosca, Aïda* and *La Bohème* at the Royal Albert Hall.

**MARTIN KOCH** (*Musical Supervisor, Additional Arrangements and Materials*). Musical supervisor: *Les Misérables* eight productions worldwide; *Miss Saigon* four productions worldwide; *Cats* London; *Oliver!* London; *Martin Guerre* U.K. tour; *Mamma Mia!* 14 productions worldwide. Orchestrations: *Just So, Moby Dick, Tutankhamun, Which Witch, Mamma Mia!* (Tony nomination 2002), *Jerry Springer The Opera*. Many arrangements for international artists and orchestras. Koch & Gilpin: Martin started this music production company with long time friend collaborator Nick Gilpin. They have responsible for the production and composition of numerous jingles and produced many albums, including *Mamma Mia!* (Grammy nomination 2002) and *Jerry Springer The Opera*. They are currently working on the stage production of *Billy Elliot* and film score for the forthcoming *A Way Through the Woods*.

**SUSAN DRAUS** (*Music Director*). Broadway: *Good Vibrations*. Winner of several DramaLogue Awards, Susan was also nominated for her writing and music direction of *Vices* in Chicago. She has arranged for Henry Mancini, orchestrated for the Detroit Symphony Orchestra, served as arranging consultant for Walt Disney Imagineering and most recently did the vocal arranging for the new off-Broadway hit, *Bingo*.

**NICHOLA TREHERNE** (*Associate Choreographer*). Associate director/choreographer *Joseph and the Amazing Technicolor Dreamcoat*, worldwide. Artistic Supervisor. *Starlight Express* (London). Director *Roxy Nelson Story* (Sydmonton), *Fame* (Oslo). Assistant director: *By Jeeves* (London). Choreographer: *Yasopov* (Sydmonton), *Star for a Night* (Carlton TV), *The Barber of Seville* (Holland Park) and *One Touch of Venus* (Kings Head, London). Associate Choreographer *Hair* (London).

# WHO'S WHO in the CAST

*Carmen Jones* (Germany), *Shall We Dance* (Oslo), *Jesus Christ Superstar* (U.K. tour and video), *Whistle Down the Wind* (London), Heineken concert (Rotterdam), *Bombay Dreams* (Apollo Victoria, London), *Burn the Floor* world tour (video).

**MARTHA BANTA** (Resident Director) is the Artistic Director of the Adirondack Theatre Festival. She served as Artistic Associate at New York Theatre Workshop. Some credits include directing new work at Lincoln Center, NYTW, Soho Rep, Ensemble Studio Theatre, New Georges, Cincinnati Playhouse, Portland Stage, Rent in Japan and Germany and *Playhouse Disney Live* in Disneyworld.

**TARA RUBIN CASTING** (Casting). Broadway: *Spamalot; Good Vibrations; Bombay Dreams; The Producers; Mamma Mia!; Imaginary Friends; Metamorphoses* (N.Y. casting); *The Phantom of the Opera.* Lincoln Center Theatre: *The Frogs; Contact; Thou Shalt Not; The Mystery of Edwin Drood.* Off-Broadway, National tour. *On The Town; Stage; White Chocolate.* Regional: McCarter, La Jolla, Huntington, Goodspeed, Kennedy Center, Yale Rep. Member Casting Society of America.

**STEPHANIE GORIN, C.D.C.** (Casting). Credits include *The Lion King, Grease, West Side Story, Fame, Ladies' Night, Rent, Beauty and the Beast, Crazy for You, Miss Saigon and Forever Plaid.* Film/television: *"Jett Jackson," "In a Heartbeat," Quints, Cover Girls, Phantom of the Megaplex* (Disney), *Jimi Hendrix Story, Feast of All Saints, Harlan County War, Ride* (Cardinal Paramount/Showtime), Jeanette Hutchinson, "Many thanks to associates Janelle Hutchinson, Charles Seminerio, my family and co-workers."

**DAVID GRINDROD** (Casting). David founded David Grindrod Associates with Stephen Crockett in 1998. Current London Casting: *Chicago* (and U.K. tour), *Hairspray, Mamma Mia!* (Worldwide), *The Woman in White.* DVD/video casting: *Joseph and the Amazing Technicolor Dreamcoat* (Silver Rose Montreux Award Music Category); *Jesus Christ Superstar* (2001 Emmy Award), *Kiss Me, Kate; Our House.* Film: *The Phantom of the Opera* directed by Joel Schumacher. The DGA is a member of the Casting Directors Guild of Great Britain.

**ARTHUR SICCARDI THEATRICAL SERVICES, INC.** (Production Manager) has served as technical supervisor on more than 200 Broadway shows, including *A Chorus Line;*

*Gypsy; Chicago; Hello, Dolly!; Cats; The Real Thing; Ballroom; Dreamgirls; Broadway Bound; Chess; Cat on a Hot Tin Roof; Jerome Robbins' Broadway City of Angels; Blood Bloody Death and the Maiden; My One and Only; Victor, Victoria; My Fair Lady; Sunset Boulevard; Annie Get Your Gun; Mamma Mia!* national tours; *Fiddler on the Roof.* The Tony Awards.

**NINA LANNAN ASSOCIATES** (General Management/Executive Producer). Current Broadway productions include *Mamma Mia!,* and the new musical *The Color Purple,* based on Alice Walker's best-selling novel; *Mamma Mia!* on tour and *Mamma Mia!* in Las Vegas. Recent Broadway productions include: *Gypsy, Thoroughly Modern Millie* and *The Pillowman.* Upcoming productions include a tour of the *Color Purple* and Broadway productions of the new musicals *Kristina, Legally Blonde* and *Roy.*

**ANDREW TREAGUS** (International Executive Producer) was General Manager for the London international productions of the show. Andrew has managed a large number of musicals in the West End of London including *A Chorus Line, Ain't Misbehavin', Annie, On Your Toes, City of Angels, Starlight Express, Aspects of Love, Grease, The Rocky Horror Show, Saturday Night Fever, Pirates of Penzance, Dancin'* and *La Cage aux Folles.* Most recently Andrew managed of *Les Cooper's* acclaimed new ballet version of *Les Liaisons Dangereuses* which had its world premiere in Tokyo in January 2005.

## STAFF

### LITTLESTAR SERVICES LIMITED

| | |
|---|---|
| Directors | Judy Craymer |
| | Richard East |
| | Benny Andersson |
| | Björn Ulvaeus |
| | Andrew Treagus |
| International Executive Producer | Ashley Grisdale |
| Business & Finance Director | Peter Austin |
| Administrator | Sara Nichols |
| PA To Judy Craymer | Claire Teare |
| Communications Coordinator | Liz McGinsly |
| Communications Assistant | Jenny Ross Flott |
| Production Assistant | Sheila Edbuke |
| Head of Accounts | Kerri Jordan |
| Accountant | Matthew Willis |
| Administrative Assistant | Bryony Fraser |
| Receptionist | Nicky Martin |
| Legal Services | Howard Jones & Shaw |
| | Walton & Parkinson Ltd. |
| Production Insurance Services | Gigli Hanser |
| Business Manager For Benny Andersson, | |
| Björn Ulvaeus & Scandinavian Press | |

### NINA LANNAN ASSOCIATES

| | |
|---|---|
| GENERAL MANAGER | AMY JACOBS, DEVIN M. KEUDELL |
| COMPANY MANAGER | ROBERT J. TEWARI |
| Associate Company Manager | Shaun Moorman |
| Management Associates | Margaret Edelman, Lisa Garcia |

### General Management for MAMMA MIA!
### ANDREW TREAGUS ASSOCIATES LIMITED

| | |
|---|---|
| GENERAL MANAGER | JULIAN STONEMAN |
| Production Executive | Daniel Sparrow |
| PA to Andrew Treagus | Josh Harding |
| PA to Julian Stoneman | Stella Warshaw |
| Production Assistant | Maria Persson |

### PRODUCTION TEAM

| | |
|---|---|
| ASSOCIATE CHOREOGRAPHER | NICHOLA TREHERNE |
| RESIDENT DIRECTOR | MARTHA BANTA |
| ASSOCIATE MUSIC SUPERVISOR | DAVID HOLCENBERG |
| DANCE SUPERVISOR | JANET ROTHERMEL |
| PRODUCTION SUPERVISOR | ARTHUR SICCARDI |
| ASSOCIATE SCENIC DESIGNER (U.S.) | NANCY THUN |
| ASSOCIATE COSTUME DESIGNERS | LUCY GAGER |
| | SCOTT TRAUGOTT |
| ASSOCIATE HAIR DESIGNER | JOSH MARQUETTE |
| ASSOCIATE LIGHTING DESIGNERS | ANDREW VOLLER |
| | RYAN BEASLEY |
| ASSOCIATE SOUND DESIGNERS | DAVID PATRIDGE |
| | ANDERS WEGLIN |
| MUSICAL TRANSCRIPTION | DAVID GIRADOO |
| CASTING CONSULTANT | |

### CASTING
### TARA RUBIN CASTING (US)

| | |
|---|---|
| TOUR MARKETING DIRECTION | |
| TMG: THE MARKETING GROUP | |
| TANYA GRUBICH, LAURA MATALON | |
| ANNE REPPY MARTHA PETERS, SARAH WILLIS | |

### NATIONAL PRESS REPRESENTATIVE
### BONEAU/BRYAN-BROWN

| | |
|---|---|
| ADRIAN BRYAN-BROWN | JOE PERROTTA |

### MUSIC PUBLISHED BY EMI GROVE MUSIC, INC. AND EMI WATERFORD MUSIC, INC.

### STAFF FOR MAMMA MIA!

| | |
|---|---|
| PRODUCTION STAGE MANAGER | BETHE ROBERTSON |
| Stage Manager | Michael John Egan |
| Assistant Stage Manager | Joyce Jackson |
| Dance Captain | Andrew Parkhurst |
| PRODUCTION MANAGER | ARTHUR SICCARDI |
| Production Carpenter | Herbie Woodruff |
| Assistant Carpenter | John Crossant |
| Automation Carpenter | Keith Martin |
| Flyman | David Brannigan |
| Advance Carpenter | Vince Goga |
| Production Electrician | Mark Leslie |
| Head Electrician | Nicholas Kesteke |
| Deck Electrician | Andrew Voller |
| Front Light Operator | David Paratore |
| Vari Light Programmer | Colin Neam |
| Production Sound Engineer | Richard Santos |
| Advance Sound | Brian Hague |
| Head Sound | Garth Helm |
| Assistant Sound | Simon T.R. Evans |
| Back Line Programmer | Byron Reynolds |
| Production Properties | |
| Head Properties | Greg Hanser |

| | |
|---|---|
| Assistant Properties | Randy Robertson |
| Wardrobe Supervisor | Sandy Henschel-Kessler |
| Assistant Wardrobe | Renee Gorda |
| Hair Supervisor | Dorrisa Reynolds |
| Assistant Hairdresser | Leah Sue Morland |
| Keeper of the Choreography | Jeffrey Lawney |
| Assistant Lighting Designer | Angela Kahler |
| Assistant Costume Designers | Robert Martin, Brian Houskin |
| Casting Director | Dana Vrolic |
| Casting Associate | Laura Schutzel, Mona Slomsky |
| Casting Assistants | Stephen Crockett |
| Associate to Casting Consultant | James Orange |
| London Casting Assistant | |
| Production Assistants | Catherine Bloch, Beth Camoso |
| | Scott R. Lazarus, Esq., Robert C. Harris, LLP |
| Legal Counsel (U.S.) | Scott R. Lazarus, Esq. |
| Immigration Counsel | Bryan Cave LLP / Mark Koestler, Esq. |
| | Jennifer Estrella |
| Accounting | Rosenberg, Neuwirth and Kuchner |
| Original Logo Design | Gittleacher Services Limited |
| National Advertising | SPOTCO / Drew Hodges, Inc. |
| Merchandising | Max Merchandising, LLC/Randi Grossman |
| Banking | Walton & Parkinson Ltd., Marsh Inc. |
| Insurance | J.P. Morgan Chase |
| Travel Agent | Tzell Travel |
| Hauling | Clark Transfer |
| Accommodations | Tour Hotels, Chris Rotunda |
| | The Booking Group/Meredith Blair |
| | (212) 869-9282 |

**CREDITS AND ACKNOWLEDGMENTS**

Scenery constructed and painted by Hudson Scenic Studio, Inc. and Hamilton Scenic Specialty. Computer Motion Control and Automation by Feller Precision, Inc. SHOW/TRAX Computer Motion Control for Scenery and Rigging. Sound equipment supplied by Masque Sound. Lighting equipment supplied by Fourth Phase New York. Soft goods by I. Weiss and Sons, Inc. Props executed by Barbara Mesney, Tom Carroll Scenery, John Creech Design and Production, Jauchem & Meeh, City and Costa Costume printing and dyeing by Cego. Costumes executed by South Florida. Custom Men's shirts by Cego, Inc. and Carell Costumes. Shoes by Native Leather, Frederick's of Hollywood, and T.O. Dey. Gloves by Cornelia James. Properties by Paragon Theme and Prop Fabrication. Flesh Brown produced by Lancome. Cough Drops provided by Ricola. Shoes from Tony Goldis, to the Garden Restaurant, Dawe's Guitars and Curtis Cowley. Daviel Hasenberg, Leslie Lubo and Curtis Cowley.

Mamma Mia! was originally produced in London by LITTLESTAR SERVICES LIMITED on April 6, 1999.

Visit Mamma Mia! on the web at www.mammamia.com

The actors and stage managers employed in this production are represented by members of Actors' Equity Association, the union of professional actors and stage managers in the United States.

The musicians employed in this production are represented by members of the American Federation of Musicians.

Backstage and front of the house employees are represented by the International Alliance of Theatrical Stage Employees (or I.A.T.S.E.)

The Press Agents and Company Managers employed in this production are represented by the Association of Theatrical Press Agents & Managers.

ATPAM

BROADWAY   This production is produced by a member of the League of American Theatres and Producers, Inc., in association with an organization of professional and non-professional employees.

10



What you do on the **DANCE FLOOR** is **Our Business**

©2004 AMI



*Arthur Murray*®
Franchised Dance Studios

909-793-8140 Orange Tree Lane, Redlands

- Personalized, one-on-one lessons from highly trained professional dance teachers.
- Attend daily/weekly group lessons and fun-filled practice parties
- Arthur Murray... Since 1912, the World's largest Dance School
- Couples and Singles Invited

*Phone today and make an appointment!*

TANGO   FOXTROT   WALTZ   CHA CHA   SALSA   RUMBA   MERENGUE   SAMBA
MAMBO   SWING   HUSTLE   NIGHTCLUB   BALLROOM   COUNTRY & WESTERN

## Theatrical Arts International Staff

Joseph Henson - (President, Producer) oversees three performance seasons for Theatrical Arts International in San Bernardino, Temecula and Escondido. Joseph was the producer of the Broadway series at the Kodak Theatre for two seasons. In addition to that Joseph has worked for some of California's top musical theaters including San Bernardino Civic Light Opera, Starlight Musical Theatre, Civic Light Opera of the South Bay Cities, San Gabriel Civic Light Opera and Bakersfield Civic Light Opera. With Allen Everson he has produced seven national and international tours including "On Golden Pond" with Jack Klugman, "Pirates of Penzance," "The Christmas Box," "Beauty and the Beast," and "The HMS Pinafore." Joseph graduated with a degree in Theatre from USC.

Allen Everson - (Executive Vice President, Producer) oversees three seasons for Theatrical Arts International in San Bernardino, Temecula and Escondido. Allen was the producer of the Broadway series at the Kodak Theatre for two seasons. He has been general manager of Performance/Riverside and has worked with San Bernardino Civic Light Opera, Starlight Musical Theatre, Bakersfield Civic Light Opera and Fullerton Civic Light Opera. With Joseph Henson, he has produced seven national and international tours including "On Golden Pond" with Jack Klugman "Pirates of Penzance," "The Christmas Box," "Beauty and the Beast," and "The HMS Pinafore." He has overseen eighteen years of productions and his technical expertise and management has influenced over 120 different productions.

Robert Abramoff - (Executive Vice President, Producer) has been producer and co-producer of numerous feature films including "Red Scorpion" starring Dolph Lundgren, "Good Luck" starring Gregory Hines & Vincent D'Onofrio, and "High Voltage" starring Antonio Sabato, Jr. He is also president and founder of International Marketing Systems, Inc., specializing in marketing consultation, and of High Ridge Media, a Denver-based multimedia and television production company, whose clients include TCI and Starz/Encore Cable. Robert is a partner in the law firm of Burgee & Abramoff, serving as legal counsel to numerous entertainers and producers, including Lorna & Milton Berle, and Allen Voices (owned by Leonard Nimoy).

Jesse James Dinkel - (Associate Producer) Jesse has been employed with TAI since 1998, and is currently Associate Producer with the company. Jesse's producing credits include: David Auburn's "Proof," the award winning "Amadeus," "Grease," and "Of Mice and Men," starring Jim Hanks. He has produced the national tours of "The Gold Rush Revue," "'Twas the Night Before Christmas," and "The Little Mermaid."

Ezequiel (Zeke) Garza - (Director of Business Affairs) Zeke has been with TAI since 2001 and is in charge of daily operations. Prior to arriving at TAI, he served as the Marketing Sales Manager for Disney Theatricals, acting as a liaison to the Pantages Theatre and Disney for the West Coast production of "The Lion King." Zeke was the Western Regional Director of Ticketmaster for four years and Season Ticketing Manager for the Pacific Symphony Orchestra.

Michelle Brown - Box Office Manager
Gael Hanna - Assistant Box Office Manager
Aaron States - Telemarketing Supervisor/Group Sales
Ron Medeiros - Advertising Account Executive
Dwight Rountree - Telemarketing Manager/Sales Manager
Larry Fernandez - Telemarketing Manager
Carmen Voce - Box Office Assistant
Mary Henson - Account Supervisor
Mark D. Benjamin - House Manager
Ann Marie Fowler - Usher Supervisor
Doris Turner - Bar Manager



The 2006-2007 Season Announced!
California Theatre of Performing Arts

LITTLE SHOP OF HORRORS
February 22-25, 2007

FOREVER TANGO
May 31-June 3, 2007

Liaisons
October 26-29, 2006

March 15-18, 2007

For season tickets call (909) 885-5152
www.theatricalarts.com

# EXHIBIT 7

SUM-100

## SUMMONS
### (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
THE MAMMA MIA! USA TOUR 2 LIMITED PARTNERSHIP, a New York limited partnership, and DOES 1 through 50, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
THEATRICAL ARTS INTERNATIONAL, INC., a California corporation



FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

F I L E D
SUPERIOR COURT
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

MAY 3 1 2006

By _Jacquelyn A. Holmes_ Deputy

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no la protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>San Bernardino Superior Court<br>351 N. Arrowhead Ave.<br>San Bernardino, CA 92415 | CASE NUMBER:<br>*(Número del Caso):*<br>CIVVSS 138221 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
John G. Burgee, Burgee & Abramoff, PC, 20501 Ventura Boulevard, Suite 262, Woodland Hills, CA 91364, (818) 264-7575

| DATE: MAY 3 1 2006 | Clerk, by _Jacquelyn A. Holmes_ | , Deputy |
|---|---|---|
| *(Fecha)* | *(Secretario)* JACQUELYN A. HOLMES | *(Adjunto)* |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED: You are served**
1. [ ] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*

3. [ ] on behalf of *(specify):*

   under: [ ] CCP 416.10 (corporation)    [ ] CCP 416.60 (minor)
   [ ] CCP 416.20 (defunct corporation)    [ ] CCP 416.70 (conservatee)
   [ ] CCP 416.40 (association or partnership)    [ ] CCP 416.90 (authorized person)

   [ ] other *(specify):*
4. [ ] by personal delivery on *(date):*

Page 1 of 1

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. January 1, 2004] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465<br>[American LegalNet, Inc.] [www.USCourtForms.com] |
|---|---|---|



1  JOHN G. BURGEE, ESQ. (State Bar No. 132129)
   BURGEE & ABRAMOFF P.C.
2  20501 Ventura Boulevard, Suite 262
   Woodland Hills, California 91364
3  (818) 264-7575

4  Attorneys for Plaintiff
   THEATRICAL ARTS INTERNATIONAL, INC.

5

6

7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                   FOR THE COUNTY OF SAN BERNARDINO

10

11

12  THEATRICAL ARTS INTERNATIONAL, )   CASE NO. SCVSS 138221
    INC., a California corporation,        )
13                                 )   COMPLAINT FOR:
                                   )
14           Plaintiff,            )   1. DECLARATORY RELIEF
                                   )   2. INJUNCTIVE RELIEF
15      vs.                        )
                                   )   $320.00
16  THE MAMMA MIA! USA TOUR 2      )   060551 - 2216 7-
    LIMITED PARTNERSHIP, a New York)
17  limited partnership, and DOES 1 through 50,)
    inclusive,                     )
18                                 )
             Defendants.           )
19  _____)

20  Plaintiff THEATRICAL ARTS INTERNATIONAL, INC. alleges as follows:

21                 FACTS COMMON TO ALL CAUSES OF ACTION

22       1.      Plaintiff THEATRICAL ARTS INTERNATIONAL, INC. ("TAI") is, and was at

23  all times material hereto, a corporation organized and existing under the laws of the State of

24  California with its principal place of business in the County of San Bernardino.

25       2.      Defendant THE MAMMA MIA! USA TOUR 2 LIMITED PARTNERSHIP is,

26  and was at all times material hereto, a limited partnership organized and existing under the laws

27  of the State of New York.

28       3.      The names and capacities, whether individual, corporate, associate or otherwise,

    of defendants named herein as DOES 1 through 50, inclusive, are unknown to Plaintiff, who

                                      1
    _____
                                COMPLAINT

1   therefore sue such defendants by such fictitious names. Plaintiff will amend this Complaint

2   when the true names and capacities of such defendants have been ascertained. Plaintiff further

3   alleges that each such defendant participated in some manner in the actions alleged herein.

4       4.      TAI is a theater production company which stages live theater productions at

5   various venues in Southern California including the California Theater located in San

6   Bernardino. Defendants are the producers of a theatrical touring company for the musical

7   production "MAMMA MIA!" (the "Show"). In 2003, TAI booked the Show at the California

8   Theater for February 2006. At the time, the parties agreed to "deal points" which were

9   memorialized in a written document.

10      5.      In December 2005, Defendants finally sent TAI a formal contract for the Show.

11  The proposed contract had a number of terms that were unacceptable to TAI. TAI therefore

12  interlineated its changes to terms to the proposed contract. TAI returned the proposed contract

13  with its interlineations to Defendants in January 2006. The parties engaged in discussions

14  concerning TAI's changes to the contract which were never fully resolved. Nonetheless, on

15  February 16, 2006, TAI sent an executed copy of the proposed contract subject to the

16  interlineated terms to Defendants. Defendants never returned a fully executed version of the

17  proposed contract.

18      6.      The Show was presented as scheduled during the week of February 21, 2006. As

19  agreed, TAI paid Defendants the guaranteed fee for the Show of $345,000. Thereafter,

20  Defendants contacted TAI alleging that more than an additional $100,000 were owing from the

21  presentation of the Show. In support of this claim, Defendants tendered a fully executed version

22  of the proposed contract which contains changes to TAI's interlineations. It is clear that

23  Defendants made their own interlineations and changes to the proposed contract after receiving

24  the interlineated version from TAI, and then executed the proposed contract. TAI never agreed

25  to Defendants' interlineations or modifications of the contract.

26  //

27  //

28  //

11191242431.H - 7/25/2006 4:28:48 PM

### FIRST CAUSE OF ACTION

#### (Declaratory Relief Against All Defendants)

7.    Plaintiff incorporates here by reference all of the allegations set forth in paragraphs 1 through 6, inclusive of this Complaint.

8.    A judiciable controversy presently exists among the parties wherein Plaintiff contends that the written document purporting to be a fully executed contract between the parties is a fraud and invalid.  TAI never agreed to the modifications contained in that document which were made by Defendants after TAI's execution thereof.  Inasmuch as Defendants have tendered the fraudulent contract as support for their monetary demands, Plaintiff is informed and believes and thereon alleges that Defendants dispute Plaintiff's position with respect to the purported contract.

9.    Given the fact that the parties never agreed to terms of a formal contract, there is a judiciable controversy between the parties as to the terms of their relationship.  The Court is needed to settle the disputes as to the terms of the parties' relationship so that they may address and resolve Defendants' demands for compensation.

10.    Finally, a judiciable controversy presently exists among the parties wherein Defendants contend and Plaintiff denies that any further compensation is owed to Defendants in connection with the Show.  This allegation by Defendants is harming Plaintiff in its ability to do business.

11.    With respect to the foregoing, Plaintiff seeks a judicial declaration that the purported written contract is invalid, a judicial statement settling the terms of the parties' relationship and a judicial declaration that Defendants are not entitled to any further compensation from Plaintiff in connection with the Show.

### SECOND CAUSE OF ACTION

#### (Injunctive Relief Against All Defendants)

12.    Plaintiff incorporates here by reference all of the allegations set forth in paragraphs 1 through 10, inclusive of this Complaint.

//

3

COMPLAINT

13.    Based upon the purported written contract, Defendants have threatened to commence an arbitration proceeding in New York as set forth in that document. However, since the document does not constitute a valid contract between the parties, there is no basis for Defendants to proceed with arbitration.

14.    Proceeding with arbitration will result in a multiplicity of actions, usurp the authority of this Court, and cause damage to Plaintiff by requiring it to participate in a void proceeding and potentially subject Plaintiff to an award inconsistent with the Court's determination in this action. In order to prevent the aforesaid irreparable harm, Plaintiff seeks a preliminary and permanent injunction against Defendants enjoining them from initiating, prosecuting, proceeding or continuing with arbitration pursuant to the purported written contract.

WHEREFORE, Plaintiff prays for judgment against Defendants, and each of them, as follows:

ON THE FIRST CAUSE OF ACTION:

1.    For a declaration that the purported written contract between the parties is invalid and of no force or effect;

2.    For a declaration as to the terms of the parties' relationship;

3.    For a declaration that Plaintiff does not owe Defendants any further compensation in connection with the Show;

ON THE SECOND CAUSE OF ACTION:

4.    For a temporary restraining order and preliminary and permanent injunction enjoining Defendants from initiation, prosecuting, pursuing or continuing any arbitration pursuant to the purported written contract;

//
//
//
//
//

4

COMPLAINT

1  ON ALL CAUSES OF ACTION:

2       5.    For costs of suit; and

3       6.    For such further relief as the Court deems just and proper

4

5  DATED: May 29, 2006.                    BURGEE & ABRAMOFF P.C.

6

7                                          By: _____
                                                JOHN G. BURGEE
8                                          Attorneys for Plaintiff THE THEATRICAL ARTS
                                           INTERNATIONAL, INC.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                      5

# ONE LEGAL, INC.



CONFIRMATION For **Court Filing & Research**

| ONE LEGAL, INC. CONFIRMATION FOR ORDER NO: 1975128 | Date: 7/25/2006 |
|---|---|

| | |
|---|---|
| Customer COWAN, DEBAETS, ABRAHAMS ET AL | Attorney Al J. J       Daniel, Jr. |
| Customer No. 0052584 | Attorney e-mail adaniel@cdas.com |
| Address 41 Madison Avenue | Contact Al J. J       Daniel, Jr. |
| Ste. 34 | Contact e-mail adaniel@cdas.com |
| New York, NY  10010 | Contact Phone 212-974-7474 |
| | Contact Fax 212-974-8474 |
| | Law Firm File Number 0052584 |

**Case Information:**

Case Number SCVSS138221
County SAN BERNARDINO
Court San Bernardino
Case Short Title THEATRICAL ARTS INTERNATIONAL, INC. vs. THE MAMMA MIA! USA TOUR 2

| Documents Received: | No. Docs: 0 | No. Pgs: 0 |
|---|---|---|

Research: MAKE COPY OF SUMMONS AND COMPLAINT AND ANY PROOF OF SERVICE PLEASE FAX COPIES OR SCAN AS PDF FILE AND EMAIL TO ME

## This is a Confirmation Only. Not an Invoice!

| Notes: | Services: | Summary of Charges: |
|---|---|---|
| File Status: Assignment Completed | Surcharge | 20.00 |
| Faxed back: 7/25/2006 | Misc Paid Out | 3.00 |
| Charge to Credit Card | Clerk of Court | |
| | Ck:3060539 | 4.00 |
| | Phone calls | 29.50 |
| | Research time | |
| | **Total:** | 56.50 |

Thank you for choosing One Legal.  If you have any questions about this assignment, please contact,
Riverside Branch
Ph: 951-686-3755
Fx: 951-686-0605

11912428.11 - 7/25/2006 4:28:48 PM

| 1975128 | FILING | One Legal Riverside Branch | Ph: 951-686-3755 Fax:951-686-0605 |
|---|---|---|---|

### Contact Information

Date Received:    7/25/2006
Customer #:    0052584
Customer Name:    COWAN, DEBAETS, ABRAHAMS ET AL
Contact Name:    Al J. J  Daniel, Jr.
Contact Ph:    212-974-7474    Contact Fax:  212-974-8474
Attorney Name:    Al J. J  Daniel, Jr.
Client Matter #:    0052584

### Case Information

Case#:    SCVSS138221    Hearing Date:  at
Court Name:    San Bernardino
CaseTitle:    THEATRICAL ARTS INTERNATIONAL, INC. vs THE MAMMA MIA! USA T(

Documents:    Research: MAKE COPY OF SUMMONS AND COMPLAINT AND ANY PROOF OF SERVICE
Docs: 0  Pgs: 0    PLEASE FAX COPIES OR SCAN AS PDF FILE AND EMAIL TO ME

### Assignment Detail

Due Date:    7/25/2006
Special Instructions:    MAKE COPY OF SUMMONS AND COMPLAINT AND ANY PROOF OF SERVICE
PLEASE FAX COPIES OR SCAN AS PDF FILE AND EMAIL TO ME

1 or 3

### ***Field Notes***

| FILING | ☐ Completed ☐ Rejected ☐ Cancel & Return | | | |
|---|---|---|---|---|
| Date | Time | Loc | Comments | Amount |
| | | | No Pos on File | |
| | | | MUPS | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

ONE LEGAL, INC.
415-491-0806
504 REDWOOD BLVD, SUITE 223
NOVATO, CA 94947

11-95/1210

D 3060539

DATE 7-25-06

PAY TO THE ORDER OF    CLERK OF THE COURT                                    $ 3 00

_____ DOLLARS

BANK OF AMERICA
10 SANTA ROSA AVE
SANTA ROSA, CA 95404

VOID AFTER 45 DAYS

1975128.

Robert E Battaglia

FOR                                          AUTHORIZED SIGNATURE

⑈3060539⑈ ⑆121000358⑇ 14990⑈22504⑈

THE FACE OF THIS DOCUMENT CONTAINS A MICROPRINT SIGNATURE LINE AND HEAT SENSITIVE INK. ABSENCE OF THESE FEATURES WILL INDICATE A COPY

| 1975128 | FILING | One Legal Riverside Branch | Ph: 951-686-3755 Fax:951-686-0605 |

### Contact Information

Date Received:         7/25/2006
Customer #:            0052584
Customer Name:         COWAN, DEBAETS, ABRAHAMS ET AL
Contact Name:          Al J. J   Daniel, Jr.
Contact Ph:            212-974-7474              Contact Fax:    212-974-8474
Attorney Name:         Al J. J   Daniel, Jr.
Client Matter #:       0052584

### Case Information

Case#:          SCVSS138221              Hearing Date:    at
Court Name:     San Bernardino
CaseTitle:      THEATRICAL ARTS INTERNATIONAL, INC. vs THE MAMMA MIA! USA T(

Documents:      Research: MAKE COPY OF SUMMONS AND COMPLAINT AND ANY PROOF OF SERVICE
Docs: 0    Pgs: 0    PLEASE FAX COPIES OR SCAN AS PDF FILE AND EMAIL TO ME

### Assignment Detail

Due Date:              7/25/2006
Special Instructions:  MAKE COPY OF SUMMONS AND COMPLAINT AND ANY PROOF OF SERVICE
                       PLEASE FAX COPIES OR SCAN AS PDF FILE AND EMAIL TO ME

### ***Field Notes***

| FILING | ☐ Completed  ☐ Rejected  ☐ Cancel & Return | | | |
|--------|------|-----|----------|--------|
| Date | Time | Loc | Comments | Amount |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

20