UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

The Mamma Mia! USA Tour 2　　　　　　　　　　　　Docket No.:
Limited partnership,

　　　　　　　　　　　　Petitioner,
　　　　　　　　　　　　　　　　　　　　　　　　　　RULE 7.1 STATEMENT
　　　　-against-　　　　　　　　　　　　　　　　　　OF RESPONDENTS

Theatrical Arts International, Inc. and Theatrical
Arts International Foundation

　　　　　　　　　　　　Respondents.
_____

　　　Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Respondents Theatrical Arts International, Inc. and Theatrical Arts International Foundation certifies that the Respondents are privately owned and that there are no parents or affiliated corporations.

Dated:　New York, New York
　　　　August 9, 2007

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　Beigelman & Associates PC

　　　　　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　　　Celso M. Gonzalez-Falla(CMG4980)
　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Respondents
　　　　　　　　　　　　　　　　　　　　　　　　Theatrical Arts International,
　　　　　　　　　　　　　　　　　　　　　　　　Inc. and Theatrical Arts International
　　　　　	　　　　　　　　　　　　　　　　　　Foundation
　　　　　　　　　　　　　　　　　　　　　　　　805 Third Avenue, 20th Floor
　　　　　　　　　　　　　　　　　　　　　　　　New York, New York 10022
　　　　　　　　　　　　　　　　　　　　　　　　(212) 230-1300