## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

    Gary Emmanuel, being duly sworn, deposes and says:

    That deponent is not a party to the action, is over 18 years of age and resides in the County of New York, State of New York.

    That on the 9th day of August, 2006, deponent served the within **NOTICE OF PETITION FOR REMOVAL** by delivering the within personally to Al Daniel, Esq. in the Supreme Court of New York at 60 Centre Street who represented himself as attorney of the Petitioner.

                                                                     Gary Emmanuel

Sworn to before me this
10th day of August, 2006

_____
Notary Public

ANGELA MAK
Notary Public, State of New York
No. 02MA6087973
Qualified in Queens County
Commission Expires March 10, 20__