SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
COMMERCIAL DIVISION
-------------------------------------------------------------------x
Application of

THE MAMMA MIA! USA TOUR 2
LIMITED PARTNERSHIP, a New York
Limited Partnership,

                          Petitioner,

Pursuant to NY CPLR § 7503 and
The United States Arbitration Act, 9 U.S.C. § 1 et seq.
For An Order and Judgment Compelling Respondents
To Arbitrate and Enjoining Respondents From
Pursuing A Civil Action,

   -against-

THEATRICAL ARTS INTERNATIONAL, INC. and
THEATRICAL ARTS INTERNATIONAL
FOUNDATION, California corporations,

                          Respondents.
-------------------------------------------------------------------x

**ORIGINAL**

Hon. Charles E. Ramos,
Justice

Index No. 602624/06

**AFFIRMATION OF SERVICE
OF ORDER TO SHOW CAUSE
ET AL.**

    **AL J. DANIEL, JR.**, an attorney duly admitted to practice in the courts of New York, declares, pursuant to CPLR § 2106, that, on August 4, 2006, pursuant to the Order to Show Cause issued by this Court on August 4, 2006, I served true copies of the foregoing Order to Show Cause; Petitioner's Verified Petition to Compel Arbitration & Enjoin Respondents from Litigation with exhibits 1-7; Memorandum of Law in Support of the Petition; and Emergency Affirmation of Al J. Daniel, Jr., Esq., upon counsel for respondents by electronic mail in two separate messages, with PDF files of the documents served attached thereto, addressed to:

    John G. Burgee, Esq.
    Burgee & Abramoff, Esq.
    20501 Ventura Blvd., Suite 262
    Woodland Hills, CA 91364

at his email address jburgee@calcorps.com, and sent a message by facsimile to Mr. Burgee at 818-264-7576, notifying him that the two email messages, with the PDF documents attached,

had been sent to him, and advising him of the hearing scheduled by the Order to Show Cause and of the date and time for any opposing papers.

True copies of the foregoing email messages, facsimile message sent to counsel for Respondents, and the facsimile confirmation page are attached hereto.

_____
Al J. Daniel, Jr.
COWAN, DeBAETS, ABRAHAMS
 & SHEPPARD LLP
41 Madison Avenue, 34th Floor
New York, New York 10010
(212) 974-7474
Fax: (212) 974-8474
Email: adaniel@cdas.com
Attorneys for Petitioner

**Date:** Fri, 4 Aug 2006 14:04:30 -0400 [08/04/2006 14:04:30 EDT]
**From:** "Al J. Daniel, Jr." <adaniel@cdas.com>
**To:** jburgee@calcorps.com
**Subject:** Mamma Mia v. Theatrical Arts Int'l, S.Ct. NY County

1 unnamed [text/plain] 1.34 KB

John G. Burgee, Esq.
Burgee & Abramoff, Esq.
20501 Ventura Blvd., Suite 262
Woodland Hills, CA 91364

Mamma Mia! USA Tour 2 LP v. Theatrical Arts et al.,
Index No. 602724/06 (S. Ct. N.Y. Co.)

Dear Mr. Burgee:

Pursuant to the Order to Show Cause of Judge Ramos dated August 4, 2006, I am hereby serving you with the following documents in the above case: Order to Show Cause dated August 4, 2006; Verified Petition to Compel Arbitration & Enjoin Respondents from Litigation, with List of Exhibits and Exhibits 1-7; Memorandum of Law in Support of Petition; and Emergency Affirmation of Al J. Daniel, Jr., Esq.

The last document, Emergency Affirmation, is being sent as an attached to a second email because of file limitations of our email service.


Pursuant to the Order to Show Cause, Respondents are to serve me with any opposing papers by 5:00 p.m. on August 9, 2006, and oral argument is scheduled before Judge Ramos in the Commercial Division of the Supreme Court of the State of New York, New York County, at 9:30 a.m., August 10, 2006, at 60 Centre Street, New York, New York.

Sincerely yours,

Al J. Daniel, Jr.
Cowan, DeBaets, Abrahams & Sheppard LLP
41 Madison Avenue, 34th Floor
New York, NY 10010
(212) 974-7474
Fax (212) 974-8474
Website: www.cdas.com
Email: adaniel@cdas.com
Alternate Email: ajdnyc@mac.com


2 Order to Show Cause.pdf [application/pdf] 83 KB


3 Verified Petition to Compel Arb. & Enjoin Respondents from Litigation.pdf [application/pdf] 291 KB

| | | | |
|---|---|---|---|
| 📄 | 4 | Exhibit 1.pdf [application/pdf] | 1,033 KB |
| 📄 | 5 | Exhibit 2.pdf [application/pdf] | 1,086 KB |
| 📄 | 6 | Exhibit 3.pdf [application/pdf] | 41 KB |
| 📄 | 7 | Exhibit 4.pdf [application/pdf] | 1,121 KB |
| 📄 | 8 | Exhibit 5.pdf [application/pdf] | 641 KB |
| 📄 | 9 | Exhibit 6.pdf [application/pdf] | 1,221 KB |
| 📄 | 10 | Exhibit 7.pdf [application/pdf] | 300 KB |
| 📄 | 11 | Memo of Law in Support of Pet. to Compel Arb. and Enjoin Respondents from Litigation.pdf | [application/pdf] 348 KB |

**Date:** Fri, 4 Aug 2006 14:07:12 -0400 [08/04/2006 14:07:12 EDT]
**From:** "Al J. Daniel, Jr." <adaniel@cdas.com>
**To:** jburgee@calcorps.com
**Subject:** Mamma Mia v. Theatrical Arts Int'l, S.Ct. NY County

📄 1 unnamed [text/plain] 1.44 KB

```
John G. Burgee, Esq.
Burgee & Abramoff, Esq.
20501 Ventura Blvd., Suite 262
Woodland Hills, CA 91364

Mamma Mia! USA Tour 2 LP v. Theatrical Arts et al.,
Index No. 602724/06 (S. Ct. N.Y. Co.)

Dear Mr. Burgee:

Pursuant to the Order to Show Cause of Judge Ramos dated August 4, 2006, I am
hereby serving you with the following documents in the above case:  Order to
Show Cause dated August 4, 2006; Verified Petition to Compel Arbitration &
Enjoin Respondents from Litigation, with List of Exhibits and Exhibits 1-7;
Memorandum of Law in Support of Petition; and Emergency Affirmation of Al J.
Daniel, Jr., Esq.  All but the last document were sent as attachments to a prior
emai sent to you a few minutes ago.

The last document, Emergency Affirmation, is being sent as an attached to this
second email because of file limitations of our email service.

Pursuant to the Order to Show Cause, Respondents are to serve me with any
opposing papers by 5:00 p.m. on August 9, 2006, and oral argument is scheduled
before Judge Ramos in the Commercial Division of the Supreme Court of the State
of New York, New York County, at 9:30 a.m., August 10, 2006, at 60 Centre
Street, New York, New York.

Sincerely yours,

Al J. Daniel, Jr.
Cowan, DeBaets, Abrahams & Sheppard LLP
41 Madison Avenue, 34th Floor
New York, NY 10010
(212) 974-7474
Fax (212) 974-8474
Website:  www.cdas.com
Email:  adaniel@cdas.com
Alternate Email:  ajdnyc@mac.com
```

📄 2 Emergency Affirmation of Al J. Daniel, Jr., Esq..pdf [application/pdf] 56 KB

# COWAN, DeBAETS, ABRAHAMS & SHEPPARD LLP
ATTORNEYS AT LAW

41 MADISON AVENUE, NEW YORK, NEW YORK 10010
TEL: 212-974-7474   FAX: 212-974-8474

## Facsimile Transmission Cover Sheet

| TO: | FROM: |
|---|---|
| John G. Burgee, Esq. | Al J. Daniel, Jr., Esq. |
|  | adaniel@cdas.com |
| **FAX NUMBER:** | **DATE:** |
| 818-264-7576 | 8/4/06 |
| **COMPANY:** | **TOTAL NO. OF PAGES INCLUDING COVER:** |
| Burgee & Abramoff, P.C. | 4 |
| **PHONE NUMBER:** | **SENDER'S REFERENCE NUMBER:** |
|  |  |
| **RE:** | **CC:** |
| Mamma Mia! USA Tour 2 LP v. Theatrical Arts, Index No. 602724/06 (S. Ct. N.Y. Co.) |  |

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Dear Mr. Burgee:

I am faxing you copies of two emails sent to you today, with PDF files attached, pursuant to the Order to Show Cause of Judge Ramos dated August 4, 2006, thereby serving upon you the following documents in the above case: Order to Show Cause; Verified Petition to Compel Arbitration & Enjoin Respondents from Litigation with exhibits; Memorandum of Law in Support of Petition; and Emergency Affirmation of Al J. Daniel, Jr., Esq.

These documents were sent by email, rather than fax, at the request of your receptionist Judy, due to the voluminous exhibits. Please contact me if you have an problems with any of the PDF files attached to the emails sent to you.

Pursuant to the Order to Show Cause, Respondents are to serve any opposing papers by 5:00 p.m. on August 9, 2006, and oral argument is scheduled before Judge Ramos in the Commercial Division of the Supreme Court of the State of New York, New York County, at 9:30 a.m., August 10, 2006, at 60 Centre Street, New York, New York.

Sincerely yours,

Al J. Daniel, Jr.

CONFIDENTIALITY NOTICE

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you.

**Date:** Fri, 4 Aug 2006 14:04:30 -0400 [14:04:30 EDT]
**From:** "Al J. Daniel, Jr." <adaniel@cdas.com>
**To:** jburgee@calcorps.com
**Subject:** Mamma Mia v. Theatrical Arts Int'l, S.Ct. NY County

📄 1 unnamed [text/plain] 1.34 KB

```
John G. Burgee, Esq.
Burgee & Abramoff, Esq.
20501 Ventura Blvd., Suite 262
Woodland Hills, CA 91364

Mamma Mia! USA Tour 2 LP v. Theatrical Arts et al.,
Index No. 602724/06 (S. Ct. N.Y. Co.)

Dear Mr. Burgee:

Pursuant to the Order to Show Cause of Judge Ramos dated August 4, 2006, I am
hereby serving you with the following documents in the above case:  Order to
Show Cause dated August 4, 2006; Verified Petition to Compel Arbitration &
Enjoin Respondents from Litigation, with List of Exhibits and Exhibits 1-7;
Memorandum of Law in Support of Petition; and Emergency Affirmation of Al J.
Daniel, Jr., Esq.

The last document, Emergency Affirmation, is being sent as an attached to a
second email because of file limitations of our email service.


Pursuant to the Order to Show Cause, Respondents are to serve me with any
opposing papers by 5:00 p.m. on August 9, 2006, and oral argument is scheduled
before Judge Ramos in the Commercial Division of the Supreme Court of the State
of New York, New York County, at 9:30 a.m., August 10, 2006, at 60 Centre
Street, New York, New York.

Sincerely yours,

Al J. Daniel, Jr.
Cowan, DeBaets, Abrahams & Sheppard LLP
41 Madison Avenue, 34th Floor
New York, NY 10010
(212) 974-7474
Fax (212) 974-8474
Website:  www.cdas.com
Email:  adaniel@cdas.com
Alternate Email:  ajdnyc@mac.com
```

📄 2 Order to Show Cause.pdf [application/pdf] 83 KB

📄 3 Verified Petition to Compel Arb. & Enjoin Respondents from Litigation.pdf [application/pdf] 291 KB

| | | | |
|---|---|---|---|
| 📄 | 4 Exhibit 1.pdf | [application/pdf] | 1,033 KB |
| 📄 | 5 Exhibit 2.pdf | [application/pdf] | 1,086 KB |
| 📄 | 6 Exhibit 3.pdf | [application/pdf] | 41 KB |
| 📄 | 7 Exhibit 4.pdf | [application/pdf] | 1,121 KB |
| 📄 | 8 Exhibit 5.pdf | [application/pdf] | 641 KB |
| 📄 | 9 Exhibit 6.pdf | [application/pdf] | 1,221 KB |
| 📄 | 10 Exhibit 7.pdf | [application/pdf] | 300 KB |
| 📄 | 11 Memo of Law in Support of Pet. to Compel Arb. and Enjoin Respondents from Litigation.pdf | [application/pdf] | 348 KB |

**Date:** Fri, 4 Aug 2006 14:07:12 -0400 [14:07:12 EDT]
**From:** "Al J. Daniel, Jr." <adaniel@cdas.com>
**To:** jburgee@calcorps.com
**Subject:** Mamma Mia v. Theatrical Arts Int'l, S.Ct. NY County

1 unnamed [text/plain] 1.44 KB

```
John G. Burgee, Esq.
Burgee & Abramoff, Esq.
20501 Ventura Blvd., Suite 262
Woodland Hills, CA 91364

Mamma Mia! USA Tour 2 LP v. Theatrical Arts et al.,
Index No. 602724/06 (S. Ct. N.Y. Co.)

Dear Mr. Burgee:

Pursuant to the Order to Show Cause of Judge Ramos dated August 4, 2006, I am
hereby serving you with the following documents in the above case:  Order to
Show Cause dated August 4, 2006; Verified Petition to Compel Arbitration &
Enjoin Respondents from Litigation, with List of Exhibits and Exhibits 1-7;
Memorandum of Law in Support of Petition; and Emergency Affirmation of Al J.
Daniel, Jr., Esq.  All but the last document were sent as attachments to a prior
emai sent to you a few minutes ago.

The last document, Emergency Affirmation, is being sent as an attached to this
second email because of file limitations of our email service.

Pursuant to the Order to Show Cause, Respondents are to serve me with any
opposing papers by 5:00 p.m. on August 9, 2006, and oral argument is scheduled
before Judge Ramos in the Commercial Division of the Supreme Court of the State
of New York, New York County, at 9:30 a.m., August 10, 2006, at 60 Centre
Street, New York, New York.

Sincerely yours,

Al J. Daniel, Jr.
Cowan, DeBaets, Abrahams & Sheppard LLP
41 Madison Avenue, 34th Floor
New York, NY 10010
(212) 974-7474
Fax (212) 974-8474
Website:  www.cdas.com
Email:   adaniel@cdas.com
Alternate Email:  ajdnyc@mac.com
```

2 Emergency Affirmation of Al J. Daniel, Jr., Esq..pdf [application/pdf] 56 KB

```
***********************
***   TX REPORT   ***
***********************

TRANSMISSION OK

TX/RX NO                3358
DESTINATION TEL #       918182647576p09599
DESTINATION ID
ST. TIME                08/04 14:19
TIME USE                00'45
PAGES SENT              4
RESULT                  OK
```

# COWAN, DeBAETS, ABRAHAMS & SHEPPARD LLP
### ATTORNEYS AT LAW

41 MADISON AVENUE, NEW YORK, NEW YORK 10010
TEL: 212-974-7474    FAX: 212-974-8474

## Facsimile Transmission Cover Sheet

| TO: | FROM: |
|---|---|
| John G. Burgee, Esq. | Al J. Daniel, Jr., Esq.<br>adaniel@cdas.com |
| **FAX NUMBER:** | **DATE:** |
| 818-264-7576 | 8/4/06 |
| **COMPANY:** | **TOTAL NO. OF PAGES INCLUDING COVER:** |
| Burgee & Abramoff, P.C. | 4 |
| **PHONE NUMBER:** | **SENDER'S REFERENCE NUMBER:** |
| | |
| **RE:** | **CC:** |
| Mamma Mia! USA Tour 2 LP v.<br>Theatrical Arts, Index No. 602724/06<br>(S. Ct. N.Y. Co.) | |

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Dear Mr. Burgee:

I am faxing you copies of two emails sent to you today, with PDF files attached, pursuant to the Order to Show Cause of Judge Ramos dated August 4, 2006, thereby serving upon you the following documents in the above case: Order to Show Cause; Verified Petition to Compel Arbitration & Enjoin Respondents from Litigation with exhibits; Memorandum of Law in Support of Petition; and Emergency Affirmation of Al J. Daniel, Jr., Esq.

These documents were sent by email, rather than fax, at the request of your receptionist Judy, due to the voluminous exhibits. Please contact me if you have any problems with any of the PDF files attached to the emails sent to you.