UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ORIGINAL**

------------------------------------------------------------x

THE MAMMA MIA! USA TOUR 2
LIMITED PARTNERSHIP, a New York
Limited Partnership,

       Petitioner,

 -against-

THEATRICAL ARTS INTERNATIONAL, INC. and
THEATRICAL ARTS INTERNATIONAL
FOUNDATION, California corporations,

       Respondents.

------------------------------------------------------------x

ECF CASE

06 Civ. 6079 (RCC)

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 10th day of August 2006, I served copies of the foregoing Emergency Declaration of Al J. Daniel, Jr., Memorandum of Law in Support of Application for Order to Show Cause, and proposed Order to Show Cause, upon the following counsel for Respondents by facsimile, email, and regular mail as follows:

 Celso M. Gonzalez-Falla, Esq.
 Beigelman & Associates, PC
 805 Third Avenue, 20th Floor
 New York, NY 10022
 Fax: 212-230-1090
 Email: cgonzalezfalla@beigelmanlaw.com

       _____
       Al J. Daniel, Jr. (AD 9333)
       COWAN, DeBAETS, ABRAHAMS
        & SHEPPARD LLP
       41 Madison Avenue, 34th Floor
       New York, New York 10010
       (212) 974-7474
       Fax: (212) 974-8474
       Email: adaniel@cdas.com
       Attorneys for Petitioner