UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

THE MAMMA MIA! USA TOUR 2            :     ECF CASE
LIMITED PARTNERSHIP, a New York    :
Limited Partnership,                    :     06 Civ. 6079 (RCC)
                                            :
                Petitioner,      :
                                          :    **CERTIFICATE OF SERVICE**
   -against-                       :
                                            :
THEATRICAL ARTS INTERNATIONAL, INC. and   :
THEATRICAL ARTS INTERNATIONAL        :
FOUNDATION, California corporations,       :
                                          :
                Respondents.    :

------------------------------------------------------------------------x

        I hereby certify that, on this 15th day of August 2006, I served copies of the foregoing

Respondent's Opposition to Petitioner's Application for Order to Show Cause, Memorandum of

Law in Support of Respondent's Opposition, Declaration of Joseph Henson, and Affirmation of

John G. Burgee, Esq., upon the following counsel for Respondents by facsimile, email, and

regular mail as follows:

        Al Daniel J. Daniel, Jr.
        Cowan, DeBaits, Abrahams & Sheppard LLP
        41 Madison Avenue, 34th Floor
        New York, NY 10010
        Fax: 212-974-8474
        Email: adaniel@cdas.com

                                      __/s/ Celso M. Gonzalez-Falla__
                                      Celso M. Gonzalez-Falla (CG 4955)
                                      Beigelman & Associates, P.C.
                                      805 Third Avenue, 20th Floor
                                      New York, New York 10022
                                      (212) 230-1300
                                      Fax: (212) 230-1090
                                      Email: cgonzalezfalla@beigelmanlaw.com
                                      Attorneys for Respondents