UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
THE MAMMA MIA! USA TOUR 2            :    ECF CASE
LIMITED PARTNERSHIP, a New York      :
Limited Partnership,                 :    06 Civ. 6079 (RCC)
                                     :
                    Petitioner,      :
                                     :    **RULE 7.1 STATEMENT**
     -against-                       :
                                     :
THEATRICAL ARTS INTERNATIONAL, INC. and :
THEATRICAL ARTS INTERNATIONAL        :
FOUNDATION, California corporations, :
                                     :
                    Respondents.     :
------------------------------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Petitioner (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

    NONE.

                                                        /s/ Al J. Daniel, Jr.
                                                       Al J. Daniel, Jr. (AD 9333)
                                       COWAN, DeBAETS, ABRAHAMS
                                         & SHEPPARD LLP
                                 41 Madison Avenue, 34th Floor
                                 New York, New York 10010
                                 (212) 974-7474
                                 Fax: (212) 974-8474
                                 Email: adaniel@cdas.com
                                 Attorneys for Petitioner