UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
THE MAMMA MIA! USA TOUR 2                        :    ECF CASE
LIMITED PARTNERSHIP, a New York                  :
Limited Partnership,                             :    06 Civ. 6079 (RCC)
                                                 :
                    Petitioner,                  :
                                                 :    **CERTIFICATE OF SERVICE**
    -against-                                    :
                                                 :
THEATRICAL ARTS INTERNATIONAL, INC. and          :
THEATRICAL ARTS INTERNATIONAL                    :
FOUNDATION, California corporations,             :
                                                 :
                    Respondents.                 :
---------------------------------------------------------------x

**ORIGINAL**

I hereby certify that, on this 10th day of August 2006, I served copies of the foregoing Emergency Declaration of Al J. Daniel, Jr., Memorandum of Law in Support of Application for Order to Show Cause, and proposed Order to Show Cause, upon the following counsel for Respondents by facsimile, email, and regular mail as follows:

Celso M. Gonzalez-Falla, Esq.
Beigelman & Associates, PC
805 Third Avenue, 20th Floor
New York, NY 10022
Fax: 212-230-1090
Email: cgonzalezfalla@beigelmanlaw.com

_____
Al J. Daniel, Jr. (AD 9333)
COWAN, DeBAETS, ABRAHAMS
  & SHEPPARD LLP
41 Madison Avenue, 34th Floor
New York, New York 10010
(212) 974-7474
Fax: (212) 974-8474
Email: adaniel@cdas.com
Attorneys for Petitioner