# EXHIBIT 1

# MAMMA MIA!
# Deal Points 2003-2004
November 19, 2002

**Guarantee:**
$350,000 to the Producer per week including royalties and musicians. Presenter is responsible for any walkers.

**Share of Overages:**
80% to the Producer/ 20% to the Presenter per week

**Box Office Deductions/Fees:**
Box office commissions include and are limited to the following:
Subscription Commission - 10%
Groups Sales Commission - 10% (excluding Saturday Evenings)
Phones Sales Commission- 4%
Credit Cards at Box Office Commission- 4%
Remotes Commission – 4%
No ticket printing charges will be accepted.
Restoration and/or facility fees must be on top of the approved ticket prices and deducted prior to the calculation of box office commissions.
Taxes must be deducted from the gross before commissions are calculated.

**Scaling:**
Ticket prices shall match the highest ticket scale ever in the market.



**Discounts:**
Group discount of 10% for groups of 20 people or more; this discount is not valid on Friday/Saturday evenings.

**Advertising Commissions:**
12% for print and 10% for electronic media advertising placement. The tour's marketing representatives (Laura Matalon and Anne Rippey) shall have approval over the local advertising agency and all advertising placement.

**Local Fixed Expenses:**
The fixed expenses for this engagement shall be the established weekly fixed expense package for the 2002-2003 season reduced by $10,000.

The Local Fixed Expenses shall include and not be limited to the following: Box Office Fees, Cleaning, General/Administrative Expenses, Housemen/TD, House Staff, Presenter League Dues, Licenses/Permits, Opening Night, Piano Rental/Tuning, Police/Security, Program, Public Relations, Rent, Sound/Lights, Ticket Printing and Utilities.

## Documented Local Expenses:

The Documented Local Expenses include and are limited to the following: Advertising, Stagehands/Loaders, Wardrobe/Hair (including 64 hours of wardrobe daywork), Labor Catering, Third Party Equipment Rental (to be mutually agreed upon), Insurance (capped at $0.23 per ticket based on drop count) and ADA Accommodations.

## Corporate Boxes:

Corporate box seats, if any, shall be manifested at the top ticket price.

## Complimentary Tickets:

Press, trade, and promotional complimentary tickets are subject to the approval of the tour's marketing representatives. Sponsor complimentary tickets will be reviewed by tour's marketing representatives and approved based on justified value to the production.

## Sponsorships:

Please disclose all local sponsorships and sponsor requirements for tour marketing representatives' review and approval, such approval not to be unreasonably withheld.

# MAMMA MIA!
# Deal Points 2004-2005
October 21, 2003

**Guarantee:**
$375,000 to the Producer per week including royalties and musicians. Presenter is responsible for any walkers.

**Share of Overages:**
80% to the Producer/ 20% to the Presenter per week

**Box Office Deductions/Fees:**
Box office commissions include and are limited to the following:
Subscription Commission - 10%
Groups Sales Commission - 10% (excluding Saturday Evenings)
Phones Sales Commission- 4%
Credit Cards at Box Office Commission- 4%
Remotes Commission – 4%
No ticket printing charges will be accepted.
Restoration and/or facility fees must be on top of the approved ticket prices and deducted prior to the calculation of box office commissions.
Taxes must be deducted from the gross before commissions are calculated.

**Scaling:**
Ticket prices shall match the highest ticket scale ever in the market.

**Discounts:**
Group discount of 10% for groups of 20 people or more; this discount is not valid on Friday/Saturday evenings.

**Advertising Commissions:**
12% for print and 10% for electronic media advertising placement. The tour's marketing representatives (Laura Matalon and Anne Rippey) shall have approval over the local advertising agency and all advertising placement.

**Local Fixed Expenses:**
The fixed expenses for this engagement shall be the established weekly fixed expense package for the **2003-2004 season reduced by $10,000**.

The Local Fixed Expenses shall include and not be limited to the following: Box Office Fees, Cleaning, General/Administrative Expenses, Housemen/TD, House Staff, Presenter League Dues, Licenses/Permits, Opening Night, Piano Rental/Tuning, Police/Security, Program, Public Relations, Rent, Sound/Lights, Ticket Printing and Utilities.

**Documented Local Expenses:**
The Documented Local Expenses include and are limited to the following: Advertising, Stagehands/Loaders, Wardrobe/Hair (including 64 hours of wardrobe daywork), Labor Catering, Third Party Equipment Rental (to be mutually agreed upon), Insurance (capped at **$0.23** per ticket based on drop count) and ADA Accommodations.

**Corporate Boxes:**
Corporate box seats, if any, shall be manifested at the top ticket price.

**Complimentary Tickets:**
Press, trade, and promotional complimentary tickets are subject to the approval of the tour's marketing representatives. Sponsor complimentary tickets will be reviewed by tour's marketing representatives and approved based on justified value to the production.

**Sponsorships:**
Please disclose all local sponsorships and sponsor requirements for tour marketing representatives' review and approval, such approval not to be unreasonably withheld.