# EXHIBIT  2

FOSSE/Mamma Mia!

## Laura Kolarik

| | |
|---|---|
| **From:** | Tracey Mcfarland [tmcfarland@thebookinggroup.com] |
| **Sent:** | Tuesday, February 21, 2006 10:33 AM |
| **To:** | 'Laura Kolarik' |
| **Subject:** | FW: FOSSE/Mamma Mia! |
| **Attachments:** | mammiasanbrn.doc |

-----Original Message-----
**From:** Adrienne Crane-Ross [mailto:acrane-ross@harmonyartists.com]
**Sent:** Wednesday, June 11, 2003 5:12 PM
**To:** Tracey McFarland
**Subject:** RE: FOSSE/Mamma Mia!

Here you go: GP based on today's prices & expenses
Let's discuss
Adrienne

    -----Original Message-----
    **From:** Tracey McFarland [mailto:tmcfarland@thebookinggroup.com]
    **Sent:** Wednesday, June 11, 2003 12:13 PM
    **To:** acrane-ross@harmonyartists.com
    **Subject:** RE: FOSSE/Mamma Mia!

    Adrienne,

    You're so funny.  Yes, Mamma Mia! Generally wants to be the most expensive show on the series, so go as high as you think the market can bear

    Regarding Fosse – don't worry.  I just wanted to start the ball rolling again – it can definitely wait until next week.

    Tracey

        -----Original Message-----
        **From:** Adrienne Crane-Ross [mailto:acrane-ross@harmonyartists.com]
        **Sent:** Wednesday, June 11, 2003 3:02 PM
        **To:** Tracey McFarland
        **Subject:** RE: FOSSE/Mamma Mia!



        RE: Mama Mia–we knew going into this that there were no no discounts-straight ticket sales. 1720 capacity.  They will not question any deal points and there is no subscription to come into play. SOOOOO Gp is GP.  They will do ticket prices at what the producers approve.  I am putting together a GP & expenses & will get it to you today.  PLEASE don't give the show to Palm Desert instead.
        I do need a point of reference in order to determine top ticket price--we  have the outrageously priced "VIP" seat that they'll use for Mama but what are the prices like in other markets for this show compared to the other Bway that the venues are presenting?  Is there a pattern of hiked ticket prices (ala Producers in LA)?

        RE: The FOSSE deal--I am having a week you wouldn't believe----please don't lecture me on Mark--he is a pain in the butt cause he talks and that's the bottom line.  And, I already have enough headaches this week.  Tell you what--cause I like you lots---after this week you can give me all the headaches that you want.  Anyway.........Leave pechanga alone-I can not go back to the

Indians with any thing different than the original agreement or they'll hang me. Re: San Bernardino. They were really hoping for a straight flat deal. If you need to do royalties in San Bern I'll work on it. Maybe the presenter would feel better about a back end instead of a royalty ---they may see that as less risk but I am just talking off the top of my head. Can I think on it for a few minutes & also give me your thoughts.
A

> -----Original Message-----
> **From:** Tracey McFarland [mailto:tmcfarland@thebookinggroup.com]
> **Sent:** Wednesday, June 11, 2003 8:29 AM
> **To:** Adrienne Crane-Ross
> **Subject:** FOSSE/Mamma Mia!
>
> Hey there,
>
> So, the summer doldrums are finally kicking in and I'm trying to finish up some stuff.
>
> Regarding the Fosse deals in San Bernardino and Temecula. We've agreed on $200K for the guarantee. If I could get the royalty in just one of these markets, I think I could get it done(San Bernardino being the obvious choice, since they can actually afford it!). As to their assertion that Mark "never pays royalties," well, A)he buys more than they do B) It's not really their business and C) He pays us an overage, often in a better % than rack rate. I'd go that route with San B and Temecula, but they discount their subscription so heavily we can never get to an overage.
>
> The other way to go is increase the guarantee say $30K amortized across both markets and I can probably keep it flat.
>
> What do you think?





> As for Mamma Mia!, I understand Kara put some dates on hold for '06 and sent you the deal points. They have to understand they are all non-negotiable, right? Also, Palm Desert wants the show and is holding not the same week, but the same time period. They've seen San B. as a conflict in the past, so we have to make a case to the producers about which is the better play – mostly dependent on Gross Potential, I would think. The producers will NEVER agree to the sub discounts you offer in San B, and that could be a big deciding factor.
>
> What I suggest is that you put some numbers together with a ticket scale (no discounts of any kind) and expenses so we can start the ball rolling.
>
> I've given you so much to do! Sorry! Call me if you have any questions.
>
> Tracey
>
> Tracey Stroock McFarland
>
> Director, Non-Equity Touring
>
> The Booking Group
>
> 145 W. 45th Street
>
> New York, NY 10036

FOSSE/Mamma Mia!

212-869-9280/212-869-3028(fx)