# EXHIBIT 3

6/11/03

Tracey:

Here is the ticket pricing and expense sheet for California Theatre/San Bernardino. As I noted in the email, ticket pricing is based on today's ticket prices and what the market will bear (at this time) considering that there are no subscription discounts for Mama Mia. It is possible that by January of 2006, the market will support higher ticket prices. Also, the presenters are open to input from you and the GM on ticket prices. Because of the show's name value, they'd like to discuss what the premium has been on ticket prices and its effect on sales in other markets.

Ticket Pricing (all performances):

| SECTION | PRICE | # SEATS | $ PER PERF |
|---|---|---|---|
| VIP | $99 | 168 | 16,632 |
| ORCH/ FRONT BALCONY | $75 | 1273 | 95,475 |
| SIDE ORCH | $60 | 60 | 12,540 |
| REAR BALCONY | $38.50 | 77 | 2,964.50 |
| | | | 127,611.50 |
| GP | | | $1,020,892 |

Expenses: California Theatre:

Theatre Fixed Expenses:

| Rent: | 23,720 |
|---|---|
| Usher/Front of House | 2,400 |
| Police/Security | 2,400 |
| Program | 3,000 |
| Insurance | 4,000 |
| Advertising | 90,000 |
| IATSE | TBD |
| Administration | 5,000 |
| Catering | 1,500 |
| Production Expense | TBD |

Box Office Charges:

| | |
|---|---|
| In House | 4% |
| Internet | 5% |
| Ticketmaster Outlet | 4.5% |
| Credit Card | 4.5% |
| $.10 ticket print charge | |