# EXHIBIT  4

**Kara Gebhart**

From:          Adrienne Crane-Ross [acrane-ross@harmonyartists.com]
Sent:          Monday, September 19, 2005 3:36 PM
To:            Kara Gebhart
Subject:       RE: MAMMA MIA!: San Bernardino


Ticket Pricing (all performances):

| SECTION | PRICE | # SEATS | | $ PER PERF |
|---|---|---|---|---|
| VIP | $75 | 168 | | 12,600 |
| ORCH/ | | | | |
| FRONT BALCONY | $75 | 1273 | | 95,475 |
| SIDE ORCH | $60 | 60 | | 12,540 |
| REAR BALCONY | $38.50 | | 77 | 2,964.50 |
| | | | | 27,611.50 |
| GP | | | | $988,632 |

*[handwritten: JOSEPH HANSON, THEATRICAL ARTS INTANT AC]*

Expenses: California Theatre:

Theatre Fixed Expenses:

| | | |
|---|---|---|
| Rent: | 23,720 | |
| Usher/Front of House | | 2,400 |
| Police/Security | 2,400 | |
| Program | 3,000 | |
| Insurance | 4,000 | |
| Advertising | | 90,000 |
| IATSE | TBD | |
| Administration | 5,000 | |
| Catering | 1,500 | |
| Production Expense | | TBD |

*[handwritten: - RENT - USHER - Police - Insurance - admin - Pros Exp    '40,52...]*

Box Office Charges:

| | | |
|---|---|---|
| In House | 4% | |
| Internet | 5% | |
| Ticketmaster Outlet | | 4.5% |
| Credit Card | 4.5% | |
| $.10 ticket print charge | | |

*[handwritten: 4.5% 4 70  NO]*

-----Original Message-----
From: Kara Gebhart [mailto:kgebhart@thebookinggroup.com]
Sent: Thursday, September 15, 2005 1:09 PM
To: acrane-ross@harmonyartists.com
Subject: RE: MAMMA MIA!: San Bernardino


Hello!  Revised numbers please, I really want to send you the paperwork!

-----Original Message-----
From: Adrienne Crane-Ross [mailto:acrane-ross@harmonyartists.com]
Sent: Wednesday, September 07, 2005 1:33 PM
To: Kara Gebhart
Subject: RE: MAMMA MIA!: San Bernardino

9/19/2005                                          1

Adrienne is in Albuquerque until Monday. She will get you the information
when she returns.

-----Original Message-----
From: Kara Gebhart [mailto:kgebhart@thebookinggroup.com]
Sent: Wednesday, September 07, 2005 7:20 AM
To: Adrienne Crane
Subject: MAMMA MIA!: San Bernardino


Adrienne!

Per our conversation last week, I really need revised information for MAMMA
MIA! in San Bernardino (the information I have for our February 21-26, 2006
date is from 2003!).  Here's the current rider - please forward asap so we
can send you the contract.

Thank you,
Kara

Kara Gebhart
Vice President, Operations
The Booking Group
P: (212) 869-9280
F: (212) 869-3028
www.thebookinggroup.com

9/19/2005                                    2