# EXHIBIT 5

## Kara Gebhart

**From:** Laura Kolarik [lkolarik@thebookinggroup.com]
**Sent:** Friday, December 23, 2005 1:46 PM
**To:** acrane-ross@harmonyartists.com; 'Kara Gebhart'
**Subject:** MAMMA MIA - San Bernardino ticket prices

Adrienne:

I noticed that the ticket prices shown on the Ticketmaster site are not the same as those you submitted to Kara in an email dated September 19, 2005. We are trying very hard to get everything finalized so we can issue this contract shortly, so please sort out the details and let us know ASAP what is going on.

Here's what you submitted on Sept. 19:
| | | |
|---|---|---|
| VIP | $75 | 168 seats |
| Orch./Front Balc. | $75 | 1273 seats |
| Side Orch. | $60 | 60 seats |
| Rear Balc. | $38.50 | 77 seats |

Ticketmaster has price levels listed as
$75
$65
$50
$38.50

Again, please respond as soon as possible with the correct details.

Laura Kolarik
Senior Contracts Manager
The Booking Group
1-212-869-9280 - p
1-212-869-3028 - f
lkolarik@thebookinggroup.com
www.thebookinggroup.com