# EXHIBIT  1

**DEPOSIT TICKET**

THE MAMMA MIA USA
TOUR 2 LP OPERATING
1450 BROADWAY, SUITE 2011
NEW YORK, NY 10018

CHASE
JPMorgan Chase Bank, N.A.
Park Avenue
New York, NY 10017

DATE 2/23/06

LIST CHECKS SINGLY OR ATTACH LIST

DOLLARS

205216486   367500.00

PLEASE ENTER TOTAL HERE

367500.00

Guarantee w/e 2/26/06   $   367500.00

⑈0000⑈⑈66⑈ ⑆550⑈⑉7⑈⑈0⑆ 7390⑈98⑈3⑈



057130243201 Rev 1 3/05 M 62823-M / M 121875Z

**OFFICIAL CHECK**

90-4314/1220

CITIZENS
BUSINESS BANK

02/21/06

205216486

**AMOUNT**
***367,500.00***

Theatrical Arts Int'l, Inc.

PAY TO THE ORDER OF ***MAMMA MIA US TOUR2 LP***

*** THREE HUNDRED SIXTY SEVEN THOUSAND FIVE HUNDRED and 00/100***USDollars

Drawer: Citizens Business Bank

Jenny Connell
AUTHORIZED SIGNATURE

Issued by Integrated Payment Systems Inc., Englewood, Colorado
Comerica Bank, Los Angeles, CA

⑈057133⑈ ⑆122043149⑆ 6800 205216486 2⑈



**DEPOSIT RECORD COPY**

THE MAMMA MIA USA
TOUR 2 LP OPERATING
1450 BROADWAY, SUITE 2011
NEW YORK, NY 10018

CHASE
JPMorgan Chase Bank, N.A.
Park Avenue
New York, NY 10017

DATE 2/23/06

LIST CHECKS SINGLY OR ATTACH LIST

DOLLARS

367500 00

205216486

JPMorgan Chase Bank
GARMENT CENTER
**RECEIVED**
FEB 2 3 2006
BRANCH #020 - CA 441

PLEASE ENTER TOTAL HERE

367500 00

Guarantee w/e 2/26/06   $   367500 00

⑈0000⑈⑈66⑈ ⑆550⑈⑉7⑈⑈0⑆ 7390⑈98⑈3⑈