UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

The Mamma Mia! USA Tour 2 Limited Partnership,

                Plaintiff(s),

    -against-

Theatrical Arts International, Inc.,

                Defendant(s).

------------------------------------------------------X

06 Civ. 06079 (RCC)

ORDER



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/17/07

**KIMBA M. WOOD, United States District Judge:**

      The above-captioned case was assigned to Judge Richard Conway Casey, who passed away on March 22, 2007. The case will be reassigned to a new judge in the near future. You will be notified of the reassignment on ECF (for ECF cases) or in a form to be mailed to you (for non-ECF cases).

      The parties in this case are ordered to review the attorney/party information on the docket sheet and determine whether the information presently listed is incorrect. If an error exists, the affected party must submit updated contact information no later than May 30, 2007. Parties should take care to remove the contact information for attorneys no longer involved in the case and to enter appearances for any current attorneys who are not listed.

      The parties are also ordered to submit a joint summary ("Summary") of the case no later May 30, 2007. The Summary should be sent to Judge Casey's Chambers Attn: Law Clerks and will be provided to the new judge upon reassignment of the case. The Summary should be a bare statement of the case with any relevant procedural history. This includes, but is not limited to, the subject

matter of the litigation, whether discovery is complete, whether the case is or has been before a magistrate judge, whether there are any motions or applications pending, and the subject matter of the pending motions or applications, if any. Be sure to indicate whether the parties have entered into a case management plan and list the relevant dates. **The Summary is not a vehicle for arguing the merits of disputed issues and should be brief.** If the defendant in this case has not yet appeared, the plaintiff should indicate this fact and need not make a joint submission. Parties in cases involving an incarcerated pro se litigant need not make a joint submission.

Should matters arise prior to the reassignment, parties are directed to review the previously issued Notice to Parties with Pending Civil Cases Before Judge Casey, available at www.nysd.uscourts.gov and follow the directions therein.

**So Ordered:** New York, New York
May 16, 2007

*[signature]*
Kimba M. Wood, U.S.D.J.