UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------X
The Mamma Mia! USA Tour 2 )
Limited Partnership, )
　 )
　Plaintiff, )
　 )
vs. )   06 Civ. 06079 (CM)
　 )
　 )   **SUBSTITUTION**
Theatrical Arts International, Inc., )
　 )
　Defendant. )
　 )
---------------------------------------X

To the Clerk of this court and all counsel of record:

Please take notice that defendant Theatrical Arts International, Inc. substitutes Vincent J. Velardo of Beigelman & Associates, PC, 805 Third Avenue, New York, New York 10022, 212-230-1300, Email: vvelardo@beigelmanlaw.com, as its attorney of record in this matter in the place of Celso Miguel Gonzalez-Falla.

_____
Withdrawing Attorney
Celso Miguel Gonzalez-Falla (CG4955)

_____
Incoming Attorney
Vincent J. Velardo (VJV7047)

Date: May 29, 2007