UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------X
The Mamma Mia! USA Tour 2 )
Limited Partnership, )
    )
    Plaintiff, )
    )
vs. )    06 Civ. 06079 (CM)
    )
    )    **APPEARANCE**
Theatrical Arts International, Inc., )
    )
    Defendant. )
    )
---------------------------------------------X

To the Clerk of this court and all counsel of record:

Please enter my appearance as counsel in this case for Theatrical Arts International, Inc.

I certify that I am admitted to practice in this court.

Date: May 29, 2007

                                          Vincent J. Velardo (VJV7047)
                                          Beigelman & Associates, PC
                                          805 Third Avenue
                                          New York, New York 10022
                                          Tel: 212-230-1300
                                          Fax: 212-230-1090
                                          Email: vvelardo@beigelmanlaw.com
                                          Attorneys for Defendant