**MEMO ENDORSED**

# COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP
## ATTORNEYS AT LAW

FREDERICK P. BIMBLER
TOBY M. J. BUTTERFIELD
AL J. DANIEL, JR.†
TIMOTHY J. DEBAETS
ROBERT I. FREEDMAN
ELLIS B. LEVINE
MITCHELL E. RADIN
ROBERT L. SEIGEL
J. STEPHEN SHEPPARD
RALPH J. SUTTON*
KENNETH N. SWEZEY
DAVID BRUCE WOLF
NANCY E. WOLFF

ZEHRA J. ABDI
LISA K. DIGERNES
MATTHEW A. KAPLAN¹
M. KILBURG REEDY
MASON A. WEISZ

PHILIP M. COWAN (1943-2001)
HOWARD ABRAHAMS (1945-1990)

OF COUNSEL:
ANNE C. BAKER
JUDITH A. BRESLER
JERROLD B. GOLD
ALBERT GOTTESMAN
ROGER E. KASS
MICHAEL D. REMER
ROBERT F. VAN LIEROP

CORRESPONDENT FIRM:
DONALDSON & HART
SUNSET BLVD. STE. 224
LOS ANGELES, CA 90069
(310) 275-9394

*ALSO ADMITTED IN CA & DC
†ALSO ADMITTED IN NJ
¹ALSO ADMITTED IN AR & DC

May 29, 2007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/13/07

Chambers of The Honorable Richard Conway Casey    **By FedEx**
United States District Judge
Attn: Law Clerks
United States Courthouse
500 Pearl Street, Chambers, Room 1350
New York, NY 10007

Re: The Mamma Mia! USA Tour 2 Limited Partnership v.
Theatrical Arts International, Inc. et al., 06 Civ. 6079 (SDNY) (RCC)

Dear Clerks of Judge Casey:

This joint summary of the case is submitted pursuant to the Order of The Honorable Kimba M. Wood, Chief Judge, dated May 16, 2007.

We represent Petitioner The Mamma Mia! USA Tour 2 Limited Partnership ("Mamma Mia!"), the producer of the road show of the popular musical "Mamma Mia!" (the "Show"). Mamma Mia! filed a petition to compel arbitration in the Supreme Court of the State of New York, which respondent Theatrical Arts removed to this Court.

On August 17, 2006, Judge Casey issued an Order denying Mamma Mia!'s petition to compel and enjoin a California state court case previously filed by Theatrical Arts, pending the determination in that case, with the parties to report on the disposition of the California case. No further proceedings were contemplated or scheduled in this case until disposition of the California case.

Mamma Mia! filed a petition to compel arbitration in lieu of answer in Theatrical Arts' California case. That petition was denied pending trial on Theatrical Arts claims and the California court preliminarily enjoined Mamma Mia! from proceeding with its arbitration claim pending before the American Arbitration Association. Mamma Mia! filed a notice of appeal to the California Court of Appeal. That appeal is in the briefing stage. The parties anticipate that it will take six to eight months for a decision on the pending California appeal.

Cowan, DeBaets, Abrahams & Sheppard LLP

Chambers of The Honorable Richard Conway Casey
Attn: Law Clerks
May 29, 2007
Page 2

      This letter has been reviewed and approved by Vincent Velardo, Esq., of Beigelman & Associates, PC, 805 Third Avenue, 20th Floor, New York, NY 10022, 212-461-6152, counsel for Theatrical Arts in this case. The individual attorney who appeared for Theatrical Arts in this case is now with another firm. Mr. Velardo will submit updated contact information to the Court's ECF system, pursuant to Judge Wood's Order.

                                      Respectfully yours,

                                      Al J. Daniel, Jr.

cc:    Vincent Velardo, Esq.
        Beigelman & Associates, PC